



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 30, 2019**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 19-2006** |
| | § | |
| **MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN, GALMOR FAMILY LIMITED** | § | |

| | |
|---|---|
| **PARTNERSHIP and GREAT PLAINS BANK,** | § § § § |
| **Defendants.** | § |

## AGREED ORDER OF INJUNCTION

This Court, on its own motion, after reviewing the Complaint filed in this Adversary, enters this temporary Injunction prohibiting Great Plains Bank (the "Bank"), or any agent acting on its behalf, or any successor to its interest, from foreclosing or otherwise attempting to collect on the debts owed to the Bank by the Galmor Family Limited Partnership (the "FLP").  The Court, having considered the agreement of the parties, finds jurisdiction over the subject matter and is of the opinion that this Injunction should be entered.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Bank, or any agent acting on its behalf, or any successor to its interest on debts owed the Bank by the FLP and/or liens, is prohibited from taking any action to collect on such debt owed the Bank by the FLP and/or liens securing the same, including any foreclosure actions, for fourteen (14) days from the date of entry of this Order.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

AGREED:

/s/ Kent Ries
Kent Ries, Counsel for Trustee

/s/ Johnathan Hinders
Johnathan Hinders, Counsel for Great Plains Bank