**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| MICHAEL STEPHEN GALMOR, | § § § | CASE NO. 18-20209 |
| DEBTOR. | § § | |
| AND | § § § | |
| GALMORE'S / G&G STEAM SERVICE, INC., | § § § § | CASE NO. 18-20210 |
| DEBTOR | § § | |
| KENT RIES, TRUSTEE | § § § | |
| Plaintiff, | § § | |
| vs. | § § | ADVERSARY NO. 19-02006 |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN, GALMOR FAMILY LIMITED PARTNERSHIP and GREAT PLAINS BANK | § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **LESLIE PRITCHARD** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail: jcarruth@wkpz.com

Dated:  August 30, 2019                Respectfully submitted:

                                            WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                               By:  */s/ Jeff Carruth*
                                        JEFF CARRUTH (TX SBN:. 24001846)
                                        3030 Matlock Rd., Suite 201
                                        Arlington, TX 76015
                                        Telephone: (817) 795-5416
                                        Fax: (866) 666-5322
                                        E-mail:  jcarruth@wkpz.com

                                      ATTORNEYS FOR LESLIE PRITCHARD

## **CERTIFICATE OF SERVICE**

      On August 30, 2019, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

                                            */s/ Jeff Carruth*
                                            JEFF CARRUTH