

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 30, 2019**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-2006 |
| | § | |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN, GALMOR FAMILY LIMITED | § | |

AGREED ORDER GRANTING INJUNCTION -PAGE 1

**PARTNERSHIP and GREAT PLAINS BANK,**

  **Defendants.**

## AGREED ORDER OF INJUNCTION

This Court, on its own motion, after reviewing the Complaint filed in this Adversary, enters this temporary Injunction prohibiting Great Plains Bank (the "Bank"), or any agent acting on its behalf, or any successor to its interest, from foreclosing or otherwise attempting to collect on the debts owed to the Bank by the Galmor Family Limited Partnership (the "FLP"). The Court, having considered the agreement of the parties, finds jurisdiction over the subject matter and is of the opinion that this Injunction should be entered. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Bank, or any agent acting on its behalf, or any successor to its interest on debts owed the Bank by the FLP and/or liens, is prohibited from taking any action to collect on such debt owed the Bank by the FLP and/or liens securing the same, including any foreclosure actions, for fourteen (14) days from the date of entry of this Order.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

AGREED:

/s/ Kent Ries
Kent Ries, Counsel for Trustee

/s/ Johnathan Hinders
Johnathan Hinders, Counsel for Great Plains Bank

United States Bankruptcy Court
Northern District of Texas

Ries,
    Plaintiff                                                    Adv. Proc. No. 19-02006-rlj

Galmor,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-2         User: jward            Page 1 of 1                Date Rcvd: Aug 30, 2019
                         Form ID: pdf001          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
ust             +Cheryl Wilcoxson,    US Trustee,    1100 Commerce St.,    Ste. 976,    Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Aug 30 2019 23:25:57      US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
ust             +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Aug 30 2019 23:25:57      United States Trustee,
                 1100 Commerce Street,    Room 976,    Dallas, TX 75242-0996
                                                                                                                    TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Sandra Nixon,    U.S. Trustee
ust             mario zavala
ust*           +US Trustee,    Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
                 Tyler, TX 75702-7231
                                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
         Kent David Ries    on behalf of Plaintiff Kent   Ries kent@kentries.com
                                                                                                    TOTAL: 1