ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Michael Stephen Galmor | § § § § § § § § § | |
| Debtor(s) | | Case No.: 18–20209–rlj7<br>Chapter No.: 7 |
| Kent Ries | | |
| Plaintiff(s) | | Adversary No.: 19–02006–rlj |
| vs.<br>Michael Stephen Galmor et al. | | |
| Defendant(s) | | |

## NOTICE SETTING Hearing

A hearing has been set in the U.S. Bankruptcy Court for **September 12, 2019** at **01:30 PM** before the Honorable Robert L. Jones at U.S. Bankruptcy Court, 205 Southeast Fifth Avenue, Amarillo, TX 79101 to consider

Injunctive relief – reinstatement of stay

DATED:  September 4, 2019          FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/C. Graham, Deputy Clerk

Note – plaintiff to notice all interested parties and file a certificate of service.