Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax
COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-2006 |
| | § | |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN, GALMOR FAMILY LIMITED PARTNERSHIP and GREAT PLAINS BANK, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2019, a true and correct copy of the Notice Setting Hearing was sent either electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below:

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Pat Swindell
106 S.W. 7th Avenue
Amarillo, Texas 79101

Joe Lovell
112 W. 8th Avenue, Suite 1000
Amarillo, Texas 79101

Todd Hatter
821 S.W. 9th Avenue
Amarillo, Texas 79101

Collin Wynne
1001 S. Harrison, Suite 200
Amarillo, Texas 79101

Jeff Carruth
3030 Matlock Rd., Suite 201
Arlington, Texas 76015

Kenneth Netardus
Netardus, Stockard, Johnston & Brown, P.C.
1800 Washington St., Suite 307
Amarillo, Texas 79102

/s/ Kent Ries
Kent Ries

ntchrg (rev. 05/11)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Michael Stephen Galmor | § §<br>§<br>Debtor(s) § | Case No.: 18-20209-rlj7<br>Chapter No.: 7 |
| Kent Ries | §<br>Plaintiff(s) § | Adversary No.: 19-02006-rlj |
| vs.<br>Michael Stephen Galmor et al. | §<br>§<br>Defendant(s) § | |

## NOTICE SETTING Hearing

A hearing has been set in the U.S. Bankruptcy Court for September 12, 2019 at 01:30 PM before the Honorable Robert L. Jones at U.S. Bankruptcy Court, 205 Southeast Fifth Avenue, Amarillo, TX 79101 to consider

Injunctive relief – reinstatement of stay

DATED: September 4, 2019

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/C. Graham, Deputy Clerk

Note – plaintiff to notice all interested parties and file a certificate of service.