ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Michael Stephen Galmor | §<br>§<br>§ | Case No.: 18−20209−rlj7 |
| Debtor(s) | § | Chapter No.: 7 |
| Kent Ries | § | |
| Plaintiff(s) | § | Adversary No.: 19−02006−rlj |
| vs. | § | |
| Michael Stephen Galmor  et al. | § | |
| Defendant(s) | § | |

# **NOTICE SETTING Hearing**

A hearing has been set in the U.S. Bankruptcy Court for **September 12, 2019** at **01:30 PM** before the Honorable Robert L. Jones at U.S. Bankruptcy Court, 205 Southeast Fifth Avenue, Amarillo, TX 79101 to consider

Injunctive relief − reinstatement of stay

DATED:  September 4, 2019     FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/C. Graham, Deputy Clerk

Note − plaintiff to notice all interested parties and file a certificate of service.

```
                              United States Bankruptcy Court
                                 Northern District of Texas
Ries,
            Plaintiff                                                        Adv. Proc. No. 19-02006-rlj
Galmor,
            Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0539-2            User: cgraham               Page 1 of 1              Date Rcvd: Sep 04, 2019
                                Form ID: ntchrgap           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
ust           +Cheryl Wilcoxson,    US Trustee,    1100 Commerce St.,    Ste. 976,    Dallas, TX 75242-0996
pla           +Kent Ries,   2700 S. Western Street,    Suite 300,    Amarillo, TX 79109-1536
dft           +Michael Stephen Galmor,    P.O. Box 349,    Shamrock, TX 79079-0349
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Sep 04 2019 23:27:38     US Trustee,
                Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
ust           +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Sep 04 2019 23:27:38     United States Trustee,
                1100 Commerce Street,    Room 976,    Dallas, TX 75242-0996
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Sandra Nixon,   U.S. Trustee
ust             mario zavala
dft             Galmor Family Limited Partnership
dft             Great Plains Bank
dft             Randy Mark Galmor
dft             Traci Marie Galmor Coleman
ust*          +US Trustee,   Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
                Tyler, TX 75702-7231
                                                                                   TOTALS: 6, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Jeffery D. Carruth    on behalf of Defendant Leslie Donnette Galmor Pritchard jcarruth@wkpz.com,
               jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
              Kent David Ries    on behalf of Plaintiff Kent  Ries kent@kentries.com
                                                                                             TOTAL: 2
```