Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 19-2006** |
| | § | |
| **MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN, GALMOR FAMILY LIMITED PARTNERSHIP and GREAT PLAINS BANK,** | § | |
| | § | |
| Defendants. | § | |

### **NOTICE OF PLAINTIFF'S DISMISSAL OF DEFENDANT GREAT PLAINS BANK**

You are hereby notified that Trustee, Plaintiff ("Trustee") in the above adversary proceeding, hereby dismisses Defendant, Great Plains Bank from the above referenced Adversary Proceeding. Matters concerning dismissal of a party prior to that party filing an answer in an adversary proceeding are governed by Bankruptcy Rule 7041 and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

This dismissal is based on the representation of counsel for Great Plains Bank that their lien debt against the Glamor Family Limited Partnership has been sold to and/or assigned to a third party entity. That third party entity is owned and/or controlled by Defendant, Leslie Donnette Galmor Pritchard, pursuant to Ms. Pritchard's counsel's representation to this Court on September 11, 2019. Great Plains Bank was only made a party in this Adversary Proceeding to enjoin an impending foreclosure, as outlined in Count 3 to the Original Complaint. The Trustee was not seeking an affirmative claim against Great Plains Bank. With the transfer of the lien debt described above, there is no reason to retain Great Plains Bank in this Adversary Proceeding and it should be dismissed from same.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By:  /s/ Kent Ries
     Kent Ries
     State Bar No. 16914050

COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2019, a true and correct copy of the above and foregoing document was sent electronically via ECF, email, or mailed in the United States mail, postage prepaid, to the parties listed below.

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Pat Swindell
106 S.W. 7th Avenue
Amarillo, Texas 79101

Joe Lovell
112 W. 8th Avenue, Suite 1000
Amarillo, Texas 79101

Todd Hatter
821 S.W. 9th Avenue
Amarillo, Texas 79101

Collin Wynne
1001 S. Harrison, Suite 200
Amarillo, Texas 79101

Jeff Carruth
3030 Matlock Rd., Suite 201
Arlington, Texas 76015

Kenneth Netardus
Netardus, Stockard, Johnston & Brown, P.C.
1800 Washington St., Suite 307
Amarillo, Texas 79102

                                                  /s/   Kent Ries
                                                  Kent Ries