In Re: Ries v. Galmor et al
Case No. 18-20209-rlj7 -7
Adv. No. 19-02006-rlj

## SUMMONS SERVICE EXECUTED

I, __Lisa Reed__

of** __Kent Ries, Attorney at Law__

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __4th__ day of __October__, __2019__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

① Randy Mark Galmor
② and through his attorney of record Todd Hatter

the defendant in this proceeding, by {describe here the mode of service}

regular U.S. mail

the said defendant at

① 6355 U.S. Highway 83, Shamrock, TX 79096
② 821 S.W. 9th Avenue, Amarillo, TX 79101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __10-4-19__      __Lisa Reed__
         (Date)                              (Signature)

** __2700 S. Western St, Suite 300, Amarillo, TX 79109__
   State mailing address