In Re: Ries v. Galmor et al
Case No. 18-20209-rlj7 -7
Adv. No. 19-02006-rlj

## SUMMONS SERVICE EXECUTED

I, Lisa Reed

of** Kent Ries, Attorney at Law

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 4th day of October, 2019 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Galmor Family Limited Partnership, by its Registered Agent Michael Stephen Galmor

the defendant in this proceeding, by {describe here the mode of service}

regular U.S. mail

the said defendant at

106 S.W. 7th Avenue, Amarillo TX 79101 and/or 112 W. 8th Avenue, Suite 1000, Amarillo, TX 79101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10-4-19                    /s/ Lisa Reed
              (Date)                        (Signature)

**2700 S. Western St, Suite 300, Amarillo, TX 79109
State mailing address