In Re: Ries v. Galmor et al
Case No. 18-20209-rlj7 -7
Adv. No. 19-02006-rlj

## SUMMONS SERVICE EXECUTED

I, Lisa Reed

of** Kent Ries, Attorney at Law

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 4th day of October, 2019 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Michael Stephen Galmor, through his attorney of record Pat Swindell and/or Joe Lovell

the defendant in this proceeding, by {describe here the mode of service}

regular U.S. mail

the said defendant at

106 S.W. 7th Avenue, Amarillo, TX 79101 and/or 112 W. 8th Avenue, Suite 1000, Amarillo, TX 79101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10-4-19          Lisa Reed
             (Date)              (Signature)

** 2700 S. Western St. Suite 300, Amarillo, TX 79109
   State mailing address