In Re: Ries v. Galmor et al
Case No. 18-20209-rlj7 -7
Adv. No. 19-02006-rlj

## SUMMONS SERVICE EXECUTED

I, **Lisa Reel**

of** **Kent Ries, Attorney at Law**

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the **4th** day of **October**, **2019** I served a copy of the within summons, together with the complaint filed in this proceeding, on

**Leslie Ponnette Galmor Pritchard, by and through her attorney of record Collin Wynne and/or Jeff Carruth**

the defendant in this proceeding, by {describe here the mode of service}

**regular U.S. mail**

the said defendant at

**1001 S. Harrison Suite 200, Amarillo, TX 79101 and/or 3030 Matlock Rd., Suite 201, Arlington, TX 76015**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **10-4-19**   **Lisa Reel**
      (Date)          (Signature)

** **2700 S. Western St, Suite 300, Amarillo, TX 79109**
State mailing address