IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-2006 |
| | § | |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE**

The undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C., hereby appear as counsel for Leslie Pritchard and the Galmor Family Limited Partnership, replacing and substituting in for Jeff Carruth, Esq. and for Weycer, Kaplan, Pulaski & Zuber, P.C.

RESPECTFULLY SUBMITTED this 3d day of February, 2020.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    3800 Lincoln Plaza
    500 N. Akard Street
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**ATTORNEYS FOR LESLIE PRITCHARD, and GALMOR FAMILY LIMITED PARTNERSHIP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 3d day of February, 2020, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on Kent Ries, Trustee.

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.