

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2020**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § | |
| And | § § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § § § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § § | |
| KENT RIES, TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | ADVERSARY NO. 19-2006 |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP, | § § § § § § § § | |
| Defendants. | § § | |

**ORDER CONTINUING TRIAL DOCKET CALL AND SCHEDULING ORDER**

CAME ON FOR CONSIDERATION the *Verified Agreed Motion to Continue Trial and to Extend Scheduling Order* (the "Motion"), filed by Leslie Pritchard and the Galmor Family Limited Partnership. Finding that the relief requested in the Motion is appropriate and is agreed to, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the trial docket call in this Adversary Proceeding shall be held before this Court in Amarillo, Texas, at J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas 79101, on July 16, 2020 at 1:30 p.m.; it is further

ORDERED that all deadlines in the Court's scheduling order entered at docket number 10 are extended and shall be calculated from the reset trial docket call.

# #   END OF ORDER   # # #