



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 12, 2020**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-2006 |
| | § | |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP, | § | |
| | § | |
| Defendants. | § | |

**ORDER CONTINUING TRIAL DOCKET CALL AND SCHEDULING ORDER**

CAME ON FOR CONSIDERATION the *Verified Agreed Motion to Continue Trial and to Extend Scheduling Order* (the "Motion"), filed by Leslie Pritchard and the Galmor Family Limited Partnership. Finding that the relief requested in the Motion is appropriate and is agreed to, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the trial docket call in this Adversary Proceeding shall be held before this Court in Amarillo, Texas, at J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas 79101, on July 16, 2020 at 1:30 p.m.; it is further

ORDERED that all deadlines in the Court's scheduling order entered at docket number 10 are extended and shall be calculated from the reset trial docket call.

## END OF ORDER ###

United States Bankruptcy Court
Northern District of Texas

Ries,
    Plaintiff

Adv. Proc. No. 19-02006-rlj

Galmor,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-2        User: jward        Page 1 of 1        Date Rcvd: Feb 12, 2020
                      Form ID: pdf023    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
ust        +Cheryl Wilcoxson,   US Trustee,   1100 Commerce St.,   Ste. 976,   Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Feb 12 2020 23:41:50     US Trustee,
            Office of the US Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX 77002-2604
ust        +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Feb 12 2020 23:41:50     US Trustee,
            Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
ust        +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Feb 12 2020 23:41:50     United States Trustee,
            1100 Commerce Street,   Room 976,   Dallas, TX 75242-0996
                                                                 TOTAL: 3

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust         Sandra Nixon,   U.S. Trustee
ust*        mario zavala
ust*       +US Trustee,   Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,
            Tyler, TX 75702-7231
                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
         Davor Rukavina   on behalf of Defendant   Galmor Family Limited Partnership drukavina@munsch.com
         Davor Rukavina   on behalf of Defendant Leslie Donnette Galmor Pritchard drukavina@munsch.com
         Jeffery D. Carruth   on behalf of Defendant Traci Marie Galmor Coleman jcarruth@wkpz.com,
           jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
         Jeffery D. Carruth   on behalf of Defendant   Galmor Family Limited Partnership jcarruth@wkpz.com,
           jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
         Jeffery D. Carruth   on behalf of Defendant Leslie Donnette Galmor Pritchard jcarruth@wkpz.com,
           jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
         Kent David Ries   on behalf of Plaintiff Kent Ries kent@kentries.com
                                                                  TOTAL: 6