

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 16, 2020**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § | |
| And | § § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § § § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § § | |
| KENT RIES, TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | ADVERSARY NO. 19-2006 |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP, | § § § § § § § | |
| Defendants. | § | |

**AGREED ORDER ON MOTION TO SEVER - PAGE 1**

## AGREED ORDER ON MOTION TO SEVER CLAIM

This Court, after review of the Plaintiff's Motion to Sever Claim, and considering the agreement of the parties answering the Complaint, is of the opinion that the Motion, is in order and should be allowed.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion to Sever Claim shall be granted.  It is further

**ORDERED, ADJUDGED AND DECREED** that the severed claim shall be prosecuted as a separate and independent Adversary Proceeding, to be given a new cause number by the Clerk of the Court, and a new trial date and pre-trial calendar.  It is further

**ORDERED, ADJUDGED AND DECREED** that the Exhibit to the Motion to Sever Claim shall be filed as the Plaintiff's Original Complaint in the severed Adversary Proceeding.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

AGREED:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff


 /s/ Davor Rukavina
Davor Rukavina, Attorney for Defendants Leslie Donnette Galmor Pritchard,
Traci Marie Galmor Coleman and Galmor Family Limited Partnership