Kent Ries
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, Trustee | § | |
| | § | |
| | § | ADVERSARY NO. 19-2006 |
| | § | |
| THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP AND GALMOR MANAGEMENT, L.L.C., | § | |

**MOTION FOR AUTHORITY TO SELL "BARN PLACE" REAL PROPERTY**

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates and Court appointed liquidator of the Galmor Family Limited Partnership real estate ("Trustee"), and files this Motion for Authority to Sell "Barn Place" Real Property, and in support thereof would respectfully show unto the Court as follows:

**MOTION FOR AUTHORITY TO SELL "BARN PLACE" REAL PROPERTY –  Page 1**

1.        Debtors filed for relief under Chapter 11 of the United States Bankruptcy Code on June 19, 2018 and converted to Chapter 7 cases on January 8, 2019. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estates.

2.        This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334 and the Agreed Judgment previously entered in this Adversary Proceeding. The matter is core pursuant to 28 U.S.C. §157(b)(2)(N). Sales of estate property are governed by 11 U.S.C. §363. Although this property is owned by the Galmor Family Limited Partnership ("GFLP"), pursuant to the Agreed Judgment, sales of the GFLP real estate shall proceed under §363 as though they are property of the bankruptcy estates.

3.        Included among the GFLP real property is land (the "Barn Place Property") more particularly described as follows:

> A 299.45 acre tract of land out of the East ½ of Section 9, Block A-8, H&GN RY. Co. Survey, Wheeler County, Texas, as described in Volume 11, Page 100 of the Deed Records of Wheeler County, Texas., more particularly described as follows:
>
> BEGINNING at a set ½" rebar in the North Right-of-Way line of F.M. Road #592, which bears N. 00° 09' E. a distance of 61.4 ft. and N. 89° 51' W. a distance of 688.88 ft. from the common corner of Sections 3, 4, 9 and 10 all in said Block A-8;
>
> THENCE N. 89° 51' W. along the said North Right-of-Way line a distance of 1212.0 to a set ½" rebar w/cap for a corner of this tract;
>
> THENCE N. 00° 09' E. a distance of 10.0 ft. to a set ½" rebar w/cap in the North Right-of-Way line of F.M. Road #592 for a corner of this tract; (ROW widens 10.0 ft. here)
>
> THENCE N. 89° 51' W. along the said North Right-of-Way line a distance of 744.62 ft. to a set ½" rebar w/cap for a corner of this tract;
>
> THENCE N. 00° 09' E. along the ½ section line a distance of 5209.2 ft. to a set ½" rebar w/cap for a corner of this tract;
> THENCE S. 89° 51' E. along the north section line a distance of 2595.5 ft. to a set ½" rebar w/cap in the West Right-of-Way line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the northeast corner of said Section 9;

THENCE S. 00° 09' E. along the ½ section line a distance of 5209.2 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE S. 89° 51' E. along the north section line a distance of 2595.5 ft. to a set ½" rebar w/cap in the West Right-of-Way line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the northeast corner of said Section 9;

THENCE S. 00° 09' W. along the said West Right-of-Way line a distance of 3360.0 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE N. 89° 51' W. a distance of 362.0 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE S. 00° 09' W. a distance of 600.0 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE S. 89° 51' E. a distance of 362.0 ft. to a set ½" rebar w/cap in the West Right-of-Way line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the east section line of said Section 9 for a corner of this tract;

THENCE S. 00° 09' W. along the said West Right-of-Way line a distance of 660.0 ft. to a set ½" rebar for a corner of this tract;

THENCE N. 89° 51' W. a distance of 214.0 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE S. 00° 09' W. a distance of 247.5 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE N. 89° 51' W. a distance of 424.88 ft. to a set ½" rebar w/cap for a corner of this tract;

THENCE S. 00° 09' W. a distance of 351.7 ft. to the place of beginning and containing 299.45 acres of land.

4. Trustee has received the offer of BC Buckingham Properties, LP to purchase the Barn Place Property for the price of $255,000.00. Trustee believes the offer represents a fair value of the Barn Place Property. The Barn Place Property was listed for sale by the Trustee's broker for $254,532.50.

5. Other than property taxes, the Trustee is aware of liens on the Barn Place Property to First Ag Credit, FLCA, Lovell, Lovell, Isern & Farabough, LLP and the First State Bank of Mobeetie.

6. Trustee seeks authority of this Court to execute all documents and instruments necessary to effectuate the purposes and intent of this Motion.

7. Trustee represents that the sale as proposed herein is a bona fide sale to a good faith purchaser for value. A copy of the sale contract is attached hereto as Exhibit "A" and incorporated herein for all purposes.

8. Trustee believes the sale, as proposed herein, is in the best interest of all creditors of the estates and should be approved.

9. In order to maximize the liquidation value of property of the estate, the Trustee will sell the Barn Place Property to the highest bidder. Accordingly, the Trustee has developed the following provisions governing the sale of the Barn Place Property in the event competing bids are received:

    A. In the event the Trustee receives one or more competing bids, in writing, from one or more parties, a telephonic auction will be held among all interested bidders.

    B. A competing bid must be in writing, in an amount of at least $260,000.00 and served upon the Trustee no later than 4:30 p.m. on Monday, July 13, 2020, at the office of Kent Ries, 2700 S. Western St., Suite 300, Amarillo, Texas 79109. A good faith earnest money check in the amount of $20,000.00 must accompany the competing bid.

    C. In the event Trustee receives more than one or more competing bids in a timely manner, a telephonic auction of the Barn Place Property shall be held at 11:00 a.m. on Friday, July 17, 2020.

**MOTION FOR AUTHORITY TO SELL "BARN PLACE" REAL PROPERTY – Page 4**

        D.    In order to participate in the telephonic auction, an interested bidder must have given timely written notice of a competing bid, have deposited $20,000.00 with the Trustee and have specified the telephone number at which bidder may be reached for the auction. The bidding shall be in increments of, at least, $5,000.00.

        E.    Any competing bidder must provide the Trustee with the evidence of financial resources to fund the closing of the proposed purchase.

        F.    The highest bidder at the telephonic auction shall be awarded the Barn Place Property and closing of the sale of the Barn Place Property to the highest bidder shall occur within 15 days from Court approval. In the event the highest bidder is unable to close as provided herein such bidder shall forfeit its earnest money deposit and the Trustee may, in his sole discretion, sell the Barn Place Property to the next highest bidder or renotice the entire sale.

        G.    The good faith earnest money deposit shall be fully refundable to all unsuccessful bidders and shall be applied to the purchase price of the successful bidder.

11.    Trustee represents that the sale as proposed herein is a bona fide sale to a good faith purchaser for value.

12.    Trustee believes the sale, as proposed herein, is in the best interest of all creditors of the estate and should be approved.

13.    Trustee requests that the fourteen day stay requirement pursuant to F.R.B.P. 6004(h) be waived.

**WHEREFORE PREMISES CONSIDERED,** Kent Ries, Trustee, respectfully prays for an Order of this Court approving the sale of the Barn Place Property on the terms and condition set forth herein, and for such relief, at law or in equity, to which the Trustee may show himself justly entitled.

        Respectfully submitted,

        Kent Ries
        2700 S. Western St., Suite 300
        Amarillo, Texas 79109
        (806) 242-7437
        (806) 242-7440– Fax

        By: /s/ Kent Ries
           Kent Ries
           State Bar No. 16914050

        COUNSEL FOR TRUSTEE

**NOTICE OF RESPONSE REQUIRED**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST FIFTH AVENUE, ROOM 201D, AMARILLO, TEXAS 79101, BEFORE 4:00 O'CLOCK P.M. ON JULY 15, 2020, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2020, a true and correct copy of the above and foregoing Motion was sent electronically or mailed in the United States mail, postage prepaid, to the parties listed below and on the attached matrix.

BC Buckingham Properties, LP
16746 FM 2697
Wheeler, Texas 79096

Leslie Galmor Pritchard
c/o Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

Traci Marie Galmor Coleman
c/o Kenneth Netardus
1030 N. Western
Amarillo, Texas 79106

Randy Mark Galmor
6355 U.S. Highway 83
Shamrock, Texas 79096

Lewis Whitaker
Whitaker Real Estate
4600 I-40 West, Suite 101
Amarillo, Texas 79106

/s/ Kent Ries
Kent Ries

| | | |
|---|---|---|
| AEG Petroleum LLC<br>P.O. Box 1003<br>Amarillo, TX 79105-1003 | Deere & Company and Deere Credit, Inc.<br>6400 NW 86th Street<br>P.O. Box 6600<br>Johnston, IA 50131-6600 | First State Bank of Mobeetie<br>c/o Reuben L. Hancock, P.C.<br>7480 Golden Pond Pl., Ste. 200<br>Amarillo, TX 79121-1964 |
| Great Plains Bank<br>2017 W. Third<br>P O Box 488<br>Elk City, OK 73648-0488 | Happy State Bank<br>Burdett Morgan Williamson & Boykin, LLP<br>co C. Jared Knight<br>Amarillo, TX 79101-2417 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | Wells Fargo Equipment Finance<br>600 South 4th St., MAC N9300-100<br>Minneapolis, MN 55415-1526 |
| Wheeler County<br>c/o Perdue Brandon Fielder Collins & Mot<br>PO Box 9132<br>Amarillo, TX 79105-9132 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Caterpillar Financial Services Corporation<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Clay P. Booth<br>102 East Thatcher Street<br>Edmond, OK 73034-3662 | First State Bank of Mobeetie<br>P.O. Box 3<br>Mobeetie, TX 79061-0003 |
| First State Bank of Mobeetie<br>P.O. Box 8<br>Mobeetie, TX 79061-0008 | Flamm Walton Heimbach Lamm, P.C.<br>Attn: Eric Atherholt<br>794 Penllyn Pike, Ste. 100<br>Blue Bell, PA 19422-1669 | Galmor Family Trust<br>P.O. Box 349<br>Shamrock, TX 79079-0349 |
| Great Plains Bank<br>c/o Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX 79120-1656 | Great Plains National Bank<br>P.O. Box 488<br>Elk City, OK 73648-0488 | Hall Estill Hardwick Gable and Nelson, P.C.<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8808 |
| Jerome S. Sepkowitz, OBA #8081<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Jerome Sepkowitz<br>4800 N Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 |
| Kirby Smith Machinery, Inc.<br>6715 West Reno Avenue<br>Oklahoma City, OK 73127-6590 | Kirby-Smith Machinery, Inc.<br>c/o Hicks Law Group<br>325 N. St. Paul Street, Suite 4400<br>Dallas, TX 75201-3880 | Kubota Credit Corporation<br>PO Box 9013<br>Addison Texas, TX 75001-9013 |
| Leslie Pritchard<br>c/o YOUNG & NEWSOM, P.C.<br>Attn. Collin J. Wynne<br>Amarillo Texas, TX 79101-3434 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL S OFFICE<br>100 N BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY, OK 73102-8601 | PNC Equipment Finance, LLC<br>J. Eric Atherholt/Flamm Walton Heimbach<br>794 Penllyn Pike, Suite 100<br>Blue Bell, PA 19422-1669 |

```
PNC Equipment Financial          PNC Financial, LLC                      PRA Receivables Management, LLC
/ECN Financial, LLC              655 Business Center Dr., Ste. 250       PO Box 41021
J. Eric Atherholt                Horsham, PA 19044-3448                  Norfolk, VA 23541-1021
Blue Bell, PA 19422-1669


                                 Stewart R. Werner
Sprouse Shrader Smith            LAW OFFICES OF STEWART R. WERNER        Texas Attorney General
P.O. Box 15008                   801 S. Fillmore, Ste. 720               P.O. Box 12548
Amarillo, TX 79105-5008          Amarillo Texas, TX 79101-3545           Austin, TX 78711-2548


U.S. Attorney General
U.S. Department of Justice       U.S. Attorney's Office                  Underwood Law
10th & Pennsylvania Ave          1205 Texas Ave.  Room 700               P.O. Box 9158
Washington, DC 20530-0001        Lubbock, TX 79401-4029                  Amarillo, TX 79105-9158


United States Trustee
1100 Commerce Street             Wheeler County Tax Office               Michael Stephen Galmor
Room 976                         P.O. Box 1060                           P.O. Box 349
Dallas, TX 75242-0996            Wheeler, TX 79096-1060                  Shamrock, TX 79079-0349


Patrick Alan Swindell            Oklahoma Tax Commission
Swindell Law Firm                2501 North Lincoln Blvd.
106 SW 7th Ave.                  Oklahoma City, OK 73194
Amarillo, TX 79101-2518
```

| | | |
|---|---|---|
| Barber & Bartz<br>525 South Main Street, Suite 800<br>Tulsa, OK 74103-4511 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>Austin, TX 78711-2548 | Floyd CAD<br>c/o Tara LeDay<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Galmor's/G&G Steam Service, Inc.<br>P.O. Box 349<br>Shamrock, TX 79079-0349 | Great Plains Bank<br>P O Box 488<br>Elk City, OK 73648-0488 | Happy State Bank<br>Burdett Morgan Williamson &<br>Boykin, LLP<br>co  C. Jared Knight<br>Amarillo, TX 79101-2417 |
| InterBank<br>Higier Allen & Lautin, P.C.<br>c/o Jason T. Rodriguez<br>Dallas, TX 75204-2926 | Texas Workforce Commission<br>Jason Starks<br>c/o Sherri K. Simpson, Paralegal<br>Austin, TX 78711-2548 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 |
| Wells Fargo Equipment Finance<br>Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX 79120-1656 | Wheeler County<br>c/o Perdue Brandon Fielder Collins<br>& Mot<br>PO Box 9132<br>Amarillo, TX 79105-9132 | A Rental Company<br>4901 E Main Street<br>Weatherford, OK 73096-9548 |
| AEG Petroleum LLC<br>P.O. Box 1003<br>Amarillo, TX 79105-1003 | AIRGAS USA LLC<br>110 West 7th St.<br>Suite 1400<br>Tulsa, OK 74119-1077 | AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348-5414 |
| Advanced Water Solutions<br>1509 S Van Buren St.<br>Enid, OK 73703-7857 | Air Gas<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | Albert Brothers<br>115 6th St.<br>Elk CIty, OK 73644-5760 |
| Ally Financial<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Apex Remington, Inc.<br>13505 E 61st Street<br>Suite A<br>Broken Arrow, OK 74012-1295 | Beckham County Treasurer<br>P.O. Box 600<br>Sayre, OK 73662-0600 | Big Chief Plant Services<br>3520 Big Elk Drive<br>Elk City, OK 73644-4440 |
| CMI Drug Testing<br>6704 Guada Coma<br>Shertz, TX 78154-3247 | CMT Engineering Inc.<br>P.O. Box 1786<br>Dripping Springs, TX 78620-1786 | Camrock Quality<br>P.O. Box 2407<br>Elk City, OK 73648-2407 |
| Canyon Oilfield Services<br>11552 S Hwy 6<br>Elk City, OK 73644-9722 | Caterpillar Financial Services<br>Corporation<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Cintas Corporation<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 |

| | | |
|---|---|---|
| Crossroads<br>1627 North Main St.<br>Shamrock, TX 79079-1600 | Culligan Water Conditioning<br>P.O. Box 1597<br>Pampa, TX 79066-1597 | Culver Electric LLC<br>P.O. Box 427<br>Elk City, OK 73648-0427 |
| DJ's Rental<br>911 South Main Street<br>Elk City, OK 73644-6707 | DNOW LP<br>7402 N. Eldridge Pkwy<br>Houston, TX 77041-1902 | David W. Bank, M.D.<br>P.O. Box 528<br>Elk City, OK 73648-0528 |
| Dennis J. Hefley<br>15400 County Road EE<br>Briscoe, TX 79011-3231 | Dickey Oilfield Sales Company<br>2211 Hwy 79 South<br>Wichita Falls, TX 76310-7962 | Distribution Now<br>P.O. Box 200822<br>Dallas, TX 75320-0822 |
| Dolese Bros. Co.<br>P.O. Box 960144<br>Oklahoma City, OK 73196-0144 | Double H Oil Tools, Inc.<br>P.O. Box 2473<br>Pampa, TX 79066-2473 | Doug Gray Ford, Inc.<br>P.O. Box 485<br>Sayre, OK 73662-0485 |
| Enterprise<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | Floyd County Appraisal District<br>P.O. Box 249<br>Floydada, TX 79235-0249 | GR Energy Services<br>2150 Town Square Place<br>Suite 410<br>Sugar Land, TX 77479-1465 |
| GR Lift LP<br>c/o Kent Altsuler<br>Lewis Brisbois Bisgaard & Smith LLP<br>Houston Texas, TX 77046-2410 | Galmor FLP<br>6994 US HWY 83<br>Shamrock, TX 79079-4129 | Great Plains Bank<br>c/o Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX 79120-1656 |
| Great Plains Pest Control<br>P.O. Box 192<br>Lefors, TX 79054-0192 | H.J. Garrison Oil Company<br>P.O. Box 231<br>Shamrock, TX 79079-0231 | Happy State Bank & Trust Co.<br>Co. C. Jared Knight<br>701 S Taylor Suite 324<br>Amarillo, TX 79101-2417 |
| Harbison Fischer Manufacturing<br>P.O. Box 731403<br>Dallas, TX 75373-1403 | Harbison Fischer Manufacturing Company<br>901 N. Crowley Rd.<br>Crowley, TX 76036-3798 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE ST.<br>DALLAS, TX 75242<br>MC5027 DAL 75242-1100 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY, NJ 07302-3865 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Innovative Technology<br>P.O. Box 726<br>Elk City, OK 73648-0726 |
| Interbank<br>P.O. Box 1049<br>Elk City, OK 73648-1049 | JWD Internation Marketing, Inc.<br>P.O. Box 1000<br>Skiatook, OK 74070-5000 | Janning Welding<br>918 N. Van Buren<br>Elk City, OK 73644-2916 |

| | | |
|---|---|---|
| Jerome S. Sepkowitz<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | Jones Passodelis<br>Gulf Tower-Suite 3410<br>707 Grant Street<br>Pittsburgh, PA 15219-1931 |
| KJC Fire Safety Solutions<br>805 Shore Dr.<br>Elk City, OK 73644-2635 | Kubota Credit<br>P.O. Box 0559<br>Carol Stream, IL 60132-0559 | Lease Consultants Corporation<br>P.O. Box 71397<br>Des Moines, IA 50325-0397 |
| Leslie Pritchard<br>c/o YOUNG & NEWSOM, P.C.<br>Attn. Collin J. Wynne<br>Amarillo Texas, TX 79101-3434 | Lindley Equipment<br>P.O. Box 457<br>Cordell, OK 73632-0457 | M. B. McKee Company, Inc.<br>2205 Avenue #<br>Lubbock, TX 79404-1032 |
| MPS Enterprise, Inc.<br>1205 S. Eastern Ave.<br>Elk City, OK 73644-3836 | Marshall Discount Auto<br>P.O. Box 451<br>Wheeler, TX 79096-0451 | Martins Air Conditioning<br>2116 W. 20th St.<br>Elk City, OK 73644-9206 |
| McLemore Sand & Top Soil<br>11157 N. 1930 Road<br>Sayre, OK 73662-6040 | Mine Safety & Health<br>Administration<br>P.O. Box 790390<br>St. Louis, MO 63179-0390 | NAPA Auto Parts<br>716 West 3rd St.<br>Elk City, OK 73644-5208 |
| NCW Insurance<br>P.O. Box 506<br>Amarillo, TX 79105-0506 | Nesmith Propane<br>3502 West 3rd Street<br>Elk City, OK 73644-4335 | Oklahoma Employment Security<br>Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Tax Commision<br>P.O. Box 26930<br>Oklahoma City, OK 73126-0930 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102-8601 | P K & Company PLLC<br>P.O. Box 1728<br>Elk City, OK 73648-1728 |
| PNC Equipment Finance, LLC<br>J. Eric Atherholt/Flamm Walton<br>Heimbach<br>794 Penllyn Pike, Suite 100<br>Blue Bell, PA 19422-1669 | Powerscreen Texas, Inc.<br>5680 W. State Swy 71,<br>Box 658<br>La Grange, TX 78945-0658 | Powerscreen Texas, Inc.<br>P.O. Box 658<br>La Grange, TX 78945-0658 |
| Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | Ryan Construction<br>9500 County Road 270<br>Zephyr, TX 76890-3312 | Safety-Kleen Systems, Inc.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 |
| Silver Arc Welding<br>P.O. Box 3366<br>Enid, OK 73702-3366 | Skinner Bros. Company<br>P.O. Box 21228<br>Dept 9<br>Tulsa, OK 74121-1228 | Steve's Diesel & Truck Service<br>P.O. Box 166<br>Elk City, OK 73648-0166 |

| | | |
|---|---|---|
| T&W Tire<br>P.O. Box 258859<br>Oklahoma City, OK 73125-8859 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN, TX 78778-0001 | Teddy's Glass<br>515 N Van Buren<br>Elk City, OK 73644-4260 |
| Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Jason Starks, Asst. Attorney Gen.<br>c/o Sherri K. Simpson, Paralegal<br>Austin, TX 78711-2548 | Thru Tubing Solutions<br>8032 Main St<br>Houma, LA 70360-4428 |
| Treasurer of Beckham County, Oklahoma<br>P.O. Box 276<br>Cheyenne, OK 73628-0276 | Triple D Services<br>203 N Houston<br>Shamrock, TX 79079-2319 | Troy Jones Equipment<br>1203 S Main St<br>Elk City, OK 73644-6911 |
| U.S. Attorney General<br>U.S. Department of Justice<br>10th & Pennsylvania Ave<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>1205 Texas Ave. Room 700<br>Lubbock, TX 79401-4029 | Unifirst Corp.<br>4210 S.E. 22nd Street<br>Amarillo, TX 79103-6204 |
| United Healthcare<br>P.O. Box 94017<br>Palatine, IL 60094-4017 | United Life Insurance Co.<br>P.O. Box 142153<br>Overland Park, KS 66225-5326 | United Rentals<br>Attn: Mike Dowden<br>6125 Lakeview Road #300<br>Charlotte, NC 28269-2616 |
| United Rentals<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | UnitedHealthcare Insurance Company<br>ATTN: CDM - Bankruptcy<br>185 Asylum Street<br>Hartford, CT 06103-3408 |
| WB Supply<br>P.O. Box 206620<br>Dallas, TX 75320-6620 | Warren CAT<br>P.O. Box 842116<br>Dallas, TX 75284-2116 | Weldon Parts<br>1100 S. Main St.<br>Elk City, OK 73644-6916 |
| Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Business Line<br>P.O. Box 51174<br>Los Angeles, CA 90051-5474 | Wells Fargo Equipment Finance<br>NW 8178<br>P.O. Box 1450<br>Minneapolis, MN 55485-5934 |
| Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison Blvd., SW<br>Cedar Rapids, IA 52404-8247 | Western Equipment<br>404 Frisco Avenue<br>Clinton, OK 73601-3440 | Yow Automotive<br>221 S. Jefferson<br>Elk City, OK 73644-5737 |
| Zee Medical<br>13 NW 132nd Street<br>Oklahoma City, OK 73114-2318 | Patrick Alan Swindell<br>Swindell Law Firm<br>106 SW 7th Ave.<br>Amarillo, TX 79101-2518 | IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373-0223 |

```
IRS                              Beaver Express Services, LLC    Comptroller of Public Accounts
P.O. Box 802501                  PO Box 1168                     C/O Office of the Attorney General
Cincinnati, OH 45280-2501        Woodward, OK 73802-1168         Bankruptcy - Collections Division
                                                                 MC-008
                                                                 Austin, TX 78711-2548


Enterprise                       Floyd CAD                       Kirby-Smith Machinery, Inc.
P.O. Box 800089                  c/o Tara LeDay                  c/o Hicks Law Group PLLC
Kansas City, MO 64180-0089       P.O. Box 1269                   325 N. St. Paul Street, Suite 4400
                                 Round Rock, TX 78680-1269       Dallas, TX 75201-3880
```