Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, Trustee | § | |
| | § | |
| | § | ADVERSARY NO. 19-2006 |
| | § | |
| THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP AND GALMOR MANAGEMENT, L.L.C., | § | |

### MOTION FOR AUTHORITY TO SELL "MOBEETIE" REAL PROPERTY

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates and Court appointed liquidator of the Galmor Family Limited Partnership real estate ("Trustee"), and files this Motion for Authority to Sell "Mobeetie" Real Property, and in support thereof would respectfully show unto the Court as follows:

**MOTION FOR AUTHORITY TO SELL "MOBEETIE" REAL PROPERTY – Page 1**

1. Debtors filed for relief under Chapter 11 of the United States Bankruptcy Code on June 19, 2018 and converted to Chapter 7 cases on January 8, 2019. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estates.

2. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334 and the Agreed Judgment previously entered in this Adversary Proceeding. The matter is core pursuant to 28 U.S.C. §157(b)(2)(N). Sales of estate property are governed by 11 U.S.C. §363. Although this property is owned by the Galmor Family Limited Partnership ("GFLP"), pursuant to the Agreed Judgment, sales of the GFLP real estate shall proceed under §363 as though they are property of the bankruptcy estates.

3. Included among the GFLP real property is land (the "Mobeetie Property") more particularly described as follows:

> **TRACT ONE:** All of the East Eighty (E/80) acres of the Northwest One-Quarter (NW/4) of Section Seventy-six (76), Block A-5, H&GN Ry. Co. Survey, Wheeler County, Texas.
>
> **TRACT TWO:** The West Twenty (W/20) acres out of the East One Hundred (E/100) acres of the Northwest One-Quarter (NW/4) of Section Seventy-six (76), Block A-5, H&GN Ry. Co. Survey, Wheeler County, Texas.

4. Trustee has received the offer of Paul Hathaway to purchase the Mobeetie Property for the price of $105,000.00. Trustee believes the offer represents a fair value of the Mobeetie Property. The Mobeetie Property was listed for sale by the Trustee's broker for $105,000.00.

5. Other than property taxes, the Trustee is aware of liens on the Mobeetie Property by Lovell, Lovell, Isern & Farabough, LP and the First State Bank of Mobeetie.

6. Trustee seeks authority of this Court to execute all documents and instruments necessary to effectuate the purposes and intent of this Motion.

7. Trustee represents that the sale as proposed herein is a bona fide sale to a good faith purchaser for value. A copy of the sale contract is attached hereto as Exhibit "A" and incorporated herein for all purposes.

8. Trustee believes the sale, as proposed herein, is in the best interest of all creditors of the estates and should be approved.

9. In order to maximize the liquidation value of property of the estate, the Trustee will sell the Mobeetie Property to the highest bidder. Accordingly, the Trustee has developed the following provisions governing the sale of the Mobeetie Property in the event competing bids are received:

    A. In the event the Trustee receives one or more competing bids, in writing, from one or more parties, a telephonic auction will be held among all interested bidders.

    B. A competing bid must be in writing, in an amount of at least $107,500.00 and served upon the Trustee no later than 4:30 p.m. on Monday, July 13, 2020, at the office of Kent Ries, 2700 S. Western St., Suite 300, Amarillo, Texas 79109. A good faith earnest money check in the amount of $5,000.00 must accompany the competing bid.

    C. In the event Trustee receives more than one or more competing bids in a timely manner, a telephonic auction of the Mobeetie Property shall be held at 10:00 a.m. on Friday, July 17, 2020.

    D. In order to participate in the telephonic auction, an interested bidder must have given timely written notice of a competing bid, have deposited $5,000.00 with the Trustee and have specified the telephone number at which bidder may be reached for the auction. The bidding shall be in increments of, at least, $2,500.00.

**MOTION FOR AUTHORITY TO SELL "MOBEETIE" REAL PROPERTY – Page 3**

E. Any competing bidder must provide the Trustee with the evidence of financial resources to fund the closing of the proposed purchase.

F. The highest bidder at the telephonic auction shall be awarded the Mobeetie Property and closing of the sale of the Mobeetie Property to the highest bidder shall occur within 15 days from Court approval. In the event the highest bidder is unable to close as provided herein such bidder shall forfeit its earnest money deposit and the Trustee may, in his sole discretion, sell the Mobeetie Property to the next highest bidder or renotice the entire sale.

G. The good faith earnest money deposit shall be fully refundable to all unsuccessful bidders and shall be applied to the purchase price of the successful bidder.

11. Trustee represents that the sale as proposed herein is a bona fide sale to a good faith purchaser for value.

12. Trustee believes the sale, as proposed herein, is in the best interest of all creditors of the estate and should be approved.

13. Trustee requests that the fourteen day stay requirement pursuant to F.R.B.P. 6004(h) be waived.

**WHEREFORE PREMISES CONSIDERED,** Kent Ries, Trustee, respectfully prays for an Order of this Court approving the sale of the Mobeetie Property on the terms and condition set forth herein, and for such relief, at law or in equity, to which the Trustee may show himself justly entitled.

        Respectfully submitted,

        Kent Ries
        2700 S. Western St., Suite 300
        Amarillo, Texas 79109
        (806) 242-7437
        (806) 242-7440– Fax

        By: /s/ Kent Ries
          Kent Ries
          State Bar No. 16914050

        COUNSEL FOR TRUSTEE

**NOTICE OF RESPONSE REQUIRED**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST FIFTH AVENUE, ROOM 201D, AMARILLO, TEXAS 79101, BEFORE 4:00 O'CLOCK P.M. ON JULY 15, 2020, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2020, a true and correct copy of the above and foregoing Motion was sent electronically or mailed in the United States mail, postage prepaid, to the parties listed below and on the attached matrix.

Paul Hathaway
8543 FM 48
Mobeetie, Texas 79061

Leslie Galmor Pritchard
c/o Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

Traci Marie Galmor Coleman
c/o Kenneth Netardus
1030 N. Western
Amarillo, Texas 79106

Randy Mark Galmor
6355 U.S. Highway 83
Shamrock, Texas 79096

Lewis Whitaker
Whitaker Real Estate
4600 I-40 West, Suite 101
Amarillo, Texas 79106

/s/ Kent Ries
Kent Ries

| | | |
|---|---|---|
| AEG Petroleum LLC<br>P.O. Box 1003<br>Amarillo, TX 79105-1003 | Deere & Company and Deere Credit, Inc.<br>6400 NW 86th Street<br>P.O. Box 6600<br>Johnston, IA 50131-6600 | First State Bank of Mobeetie<br>c/o Reuben L. Hancock, P.C.<br>7480 Golden Pond Pl., Ste. 200<br>Amarillo, TX 79121-1964 |
| Great Plains Bank<br>2017 W. Third<br>P O Box 488<br>Elk City, OK 73648-0488 | Happy State Bank<br>Burdett Morgan Williamson & Boykin, LLP<br>co  C. Jared Knight<br>Amarillo, TX 79101-2417 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | Wells Fargo Equipment Finance<br>600 South 4th St., MAC N9300-100<br>Minneapolis, MN 55415-1526 |
| Wheeler County<br>c/o Perdue Brandon Fielder Collins & Mot<br>PO Box 9132<br>Amarillo, TX 79105-9132 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Caterpillar Financial Services Corporation<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Clay P. Booth<br>102 East Thatcher Street<br>Edmond, OK 73034-3662 | First State Bank of Mobeetie<br>P.O. Box 3<br>Mobeetie, TX 79061-0003 |
| First State Bank of Mobeetie<br>P.O. Box 8<br>Mobeetie, TX 79061-0008 | Flamm Walton Heimbach Lamm, P.C.<br>Attn: Eric Atherholt<br>794 Penllyn Pike, Ste. 100<br>Blue Bell, PA 19422-1669 | Galmor Family Trust<br>P.O. Box 349<br>Shamrock, TX 79079-0349 |
| Great Plains Bank<br>c/o Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX 79120-1656 | Great Plains National Bank<br>P.O. Box 488<br>Elk City, OK 73648-0488 | Hall Estill Hardwick Gable and Nelson, P.C.<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8808 |
| Jerome S. Sepkowitz, OBA #8081<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Jerome Sepkowitz<br>4800 N Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 |
| Kirby Smith Machinery, Inc.<br>6715 West Reno Avenue<br>Oklahoma City, OK 73127-6590 | Kirby-Smith Machinery, Inc.<br>c/o Hicks Law Group<br>325 N. St. Paul Street, Suite 4400<br>Dallas, TX 75201-3880 | Kubota Credit Corporation<br>PO Box 9013<br>Addison Texas, TX 75001-9013 |
| Leslie Pritchard<br>c/o YOUNG & NEWSOM, P.C.<br>Attn. Collin J. Wynne<br>Amarillo Texas, TX 79101-3434 | OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL S OFFICE<br>100 N BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY, OK 73102-8601 | PNC Equipment Finance, LLC<br>J. Eric Atherholt/Flamm Walton Heimbach<br>794 Penllyn Pike, Suite 100<br>Blue Bell, PA 19422-1669 |

```
PNC Equipment Financial          PNC Financial, LLC                      PRA Receivables Management, LLC
/ECN Financial, LLC              655 Business Center Dr., Ste. 250       PO Box 41021
J. Eric Atherholt                Horsham, PA 19044-3448                  Norfolk, VA 23541-1021
Blue Bell, PA 19422-1669


                                 Stewart R. Werner
Sprouse Shrader Smith            LAW OFFICES OF STEWART R. WERNER        Texas Attorney General
P.O. Box 15008                   801 S. Fillmore, Ste. 720               P.O. Box 12548
Amarillo, TX 79105-5008          Amarillo Texas, TX 79101-3545           Austin, TX 78711-2548


U.S. Attorney General
U.S. Department of Justice       U.S. Attorney's Office                  Underwood Law
10th & Pennsylvania Ave          1205 Texas Ave.  Room 700               P.O. Box 9158
Washington, DC 20530-0001        Lubbock, TX 79401-4029                  Amarillo, TX 79105-9158


United States Trustee
1100 Commerce Street             Wheeler County Tax Office               Michael Stephen Galmor
Room 976                         P.O. Box 1060                           P.O. Box 349
Dallas, TX 75242-0996            Wheeler, TX 79096-1060                  Shamrock, TX 79079-0349


Patrick Alan Swindell            Oklahoma Tax Commission
Swindell Law Firm                2501 North Lincoln Blvd.
106 SW 7th Ave.                  Oklahoma City, OK 73194
Amarillo, TX 79101-2518
```

Barber & Bartz
525 South Main Street, Suite 800
Tulsa, OK 74103-4511

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division
MC-008
Austin, TX 78711-2548

Floyd CAD
c/o Tara LeDay
P O Box 1269
Round Rock, TX 78680-1269

Galmor's/G&G Steam Service, Inc.
P.O. Box 349
Shamrock, TX 79079-0349

Great Plains Bank
P O Box 488
Elk City, OK 73648-0488

Happy State Bank
Burdett Morgan Williamson &
Boykin, LLP
co  C. Jared Knight
Amarillo, TX 79101-2417

InterBank
Higier Allen & Lautin, P.C.
c/o Jason T. Rodriguez
Dallas, TX 75204-2926

Texas Workforce Commission
Jason Starks
c/o Sherri K. Simpson, Paralegal
Austin, TX 78711-2548

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

Wells Fargo Equipment Finance
Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Wheeler County
c/o Perdue Brandon Fielder Collins
& Mot
PO Box 9132
Amarillo, TX 79105-9132

A Rental Company
4901 E Main Street
Weatherford, OK 73096-9548

AEG Petroleum LLC
P.O. Box 1003
Amarillo, TX 79105-1003

AIRGAS USA LLC
110 West 7th St.
Suite 1400
Tulsa, OK 74119-1077

AT&T
P.O. Box 105414
Atlanta, GA 30348-5414

Advanced Water Solutions
1509 S Van Buren St.
Enid, OK 73703-7857

Air Gas
P.O. Box 676015
Dallas, TX 75267-6015

Albert Brothers
115 6th St.
Elk CIty, OK 73644-5760

Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Apex Remington, Inc.
13505 E 61st Street
Suite A
Broken Arrow, OK 74012-1295

Beckham County Treasurer
P.O. Box 600
Sayre, OK 73662-0600

Big Chief Plant Services
3520 Big Elk Drive
Elk City, OK 73644-4440

CMI Drug Testing
6704 Guada Coma
Shertz, TX 78154-3247

CMT Engineering Inc.
P.O. Box 1786
Dripping Springs, TX 78620-1786

Camrock Quality
P.O. Box 2407
Elk City, OK 73648-2407

Canyon Oilfield Services
11552 S Hwy 6
Elk City, OK 73644-9722

Caterpillar Financial Services
Corporation
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025

| | | |
|---|---|---|
| Crossroads<br>1627 North Main St.<br>Shamrock, TX 79079-1600 | Culligan Water Conditioning<br>P.O. Box 1597<br>Pampa, TX 79066-1597 | Culver Electric LLC<br>P.O. Box 427<br>Elk City, OK 73648-0427 |
| DJ's Rental<br>911 South Main Street<br>Elk City, OK 73644-6707 | DNOW LP<br>7402 N. Eldridge Pkwy<br>Houston, TX 77041-1902 | David W. Bank, M.D.<br>P.O. Box 528<br>Elk City, OK 73648-0528 |
| Dennis J. Hefley<br>15400 County Road EE<br>Briscoe, TX 79011-3231 | Dickey Oilfield Sales Company<br>2211 Hwy 79 South<br>Wichita Falls, TX 76310-7962 | Distribution Now<br>P.O. Box 200822<br>Dallas, TX 75320-0822 |
| Dolese Bros. Co.<br>P.O. Box 960144<br>Oklahoma City, OK 73196-0144 | Double H Oil Tools, Inc.<br>P.O. Box 2473<br>Pampa, TX 79066-2473 | Doug Gray Ford, Inc.<br>P.O. Box 485<br>Sayre, OK 73662-0485 |
| Enterprise<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | Floyd County Appraisal District<br>P.O. Box 249<br>Floydada, TX 79235-0249 | GR Energy Services<br>2150 Town Square Place<br>Suite 410<br>Sugar Land, TX 77479-1465 |
| GR Lift LP<br>c/o Kent Altsuler<br>Lewis Brisbois Bisgaard & Smith LLP<br>Houston Texas, TX 77046-2410 | Galmor FLP<br>6994 US HWY 83<br>Shamrock, TX 79079-4129 | Great Plains Bank<br>c/o Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX 79120-1656 |
| Great Plains Pest Control<br>P.O. Box 192<br>Lefors, TX 79054-0192 | H.J. Garrison Oil Company<br>P.O. Box 231<br>Shamrock, TX 79079-0231 | Happy State Bank & Trust Co.<br>Co. C. Jared Knight<br>701 S Taylor Suite 324<br>Amarillo, TX 79101-2417 |
| Harbison Fischer Manufacturing<br>P.O. Box 731403<br>Dallas, TX 75373-1403 | Harbison Fischer Manufacturing Company<br>901 N. Crowley Rd.<br>Crowley, TX 76036-3798 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE ST.<br>DALLAS, TX  75242<br>MC5027 DAL 75242-1100 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY, NJ 07302-3865 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Innovative Technology<br>P.O. Box 726<br>Elk City, OK 73648-0726 |
| Interbank<br>P.O. Box 1049<br>Elk City, OK 73648-1049 | JWD Internation Marketing, Inc.<br>P.O. Box 1000<br>Skiatook, OK 74070-5000 | Janning Welding<br>918 N. Van Buren<br>Elk City, OK 73644-2916 |

Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215

Jones Passodelis
Gulf Tower-Suite 3410
707 Grant Street
Pittsburgh, PA 15219-1931

KJC Fire Safety Solutions
805 Shore Dr.
Elk City, OK 73644-2635

Kubota Credit
P.O. Box 0559
Carol Stream, IL 60132-0559

Lease Consultants Corporation
P.O. Box 71397
Des Moines, IA 50325-0397

Leslie Pritchard
c/o YOUNG & NEWSOM, P.C.
Attn. Collin J. Wynne
Amarillo Texas, TX 79101-3434

Lindley Equipment
P.O. Box 457
Cordell, OK 73632-0457

M. B. McKee Company, Inc.
2205 Avenue #
Lubbock, TX 79404-1032

MPS Enterprise, Inc.
1205 S. Eastern Ave.
Elk City, OK 73644-3836

Marshall Discount Auto
P.O. Box 451
Wheeler, TX 79096-0451

Martins Air Conditioning
2116 W. 20th St.
Elk City, OK 73644-9206

McLemore Sand & Top Soil
11157 N. 1930 Road
Sayre, OK 73662-6040

Mine Safety & Health
Administration
P.O. Box 790390
St. Louis, MO 63179-0390

NAPA Auto Parts
716 West 3rd St.
Elk City, OK 73644-5208

NCW Insurance
P.O. Box 506
Amarillo, TX 79105-0506

Nesmith Propane
3502 West 3rd Street
Elk City, OK 73644-4335

Oklahoma Employment Security
Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Tax Commision
P.O. Box 26930
Oklahoma City, OK 73126-0930

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma City, OK 73102-8601

P K & Company PLLC
P.O. Box 1728
Elk City, OK 73648-1728

PNC Equipment Finance, LLC
J. Eric Atherholt/Flamm Walton
Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669

Powerscreen Texas, Inc.
5680 W. State Swy 71,
Box 658
La Grange, TX 78945-0658

Powerscreen Texas, Inc.
P.O. Box 658
La Grange, TX 78945-0658

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Ryan Construction
9500 County Road 270
Zephyr, TX 76890-3312

Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Silver Arc Welding
P.O. Box 3366
Enid, OK 73702-3366

Skinner Bros. Company
P.O. Box 21228
Dept 9
Tulsa, OK 74121-1228

Steve's Diesel & Truck Service
P.O. Box 166
Elk City, OK 73648-0166

T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION - SAU
101 EAST 15TH STREET, ROOM 556
AUSTIN, TX 78778-0001

Teddy's Glass
515 N Van Buren
Elk City, OK 73644-4260

Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
Jason Starks, Asst. Attorney Gen.
c/o Sherri K. Simpson, Paralegal
Austin, TX 78711-2548

Thru Tubing Solutions
8032 Main St
Houma, LA 70360-4428

Treasurer of Beckham County, Oklahoma
P.O. Box 276
Cheyenne, OK 73628-0276

Triple D Services
203 N Houston
Shamrock, TX 79079-2319

Troy Jones Equipment
1203 S Main St
Elk City, OK 73644-6911

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530-0001

U.S. Attorney's Office
1205 Texas Ave.  Room 700
Lubbock, TX 79401-4029

Unifirst Corp.
4210 S.E. 22nd Street
Amarillo, TX 79103-6204

United Healthcare
P.O. Box 94017
Palatine, IL 60094-4017

United Life Insurance Co.
P.O. Box 142153
Overland Park, KS 66225-5326

United Rentals
Attn: Mike Dowden
6125 Lakeview Road #300
Charlotte, NC 28269-2616

United Rentals
P.O. Box 840514
Dallas, TX 75284-0514

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

UnitedHealthcare Insurance Company
ATTN: CDM - Bankruptcy
185 Asylum Street
Hartford, CT 06103-3408

WB Supply
P.O. Box 206620
Dallas, TX 75320-6620

Warren CAT
P.O. Box 842116
Dallas, TX 75284-2116

Weldon Parts
1100 S. Main St.
Elk City, OK 73644-6916

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Business Line
P.O. Box 51174
Los Angeles, CA 90051-5474

Wells Fargo Equipment Finance
NW 8178
P.O. Box 1450
Minneapolis, MN 55485-5934

Wells Fargo Vendor Financial Services, LLC
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247

Western Equipment
404 Frisco Avenue
Clinton, OK 73601-3440

Yow Automotive
221 S. Jefferson
Elk City, OK 73644-5737

Zee Medical
13 NW 132nd Street
Oklahoma City, OK 73114-2318

Patrick Alan Swindell
Swindell Law Firm
106 SW 7th Ave.
Amarillo, TX 79101-2518

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

| | | |
|---|---|---|
| IRS<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501 | Beaver Express Services, LLC<br>PO Box 1168<br>Woodward, OK 73802-1168 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>Austin, TX 78711-2548 |
| Enterprise<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | Floyd CAD<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Kirby-Smith Machinery, Inc.<br>c/o Hicks Law Group PLLC<br>325 N. St. Paul Street, Suite 4400<br>Dallas, TX 75201-3880 |