

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**



**Signed August 12, 2020**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, Trustee** | § | |
| | § | |
| | § | **ADVERSARY NO. 19-2006** |
| | § | |
| **THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP AND GALMOR MANAGEMENT, L.L.C.,** | § § § § | |

## AGREED ORDER APPROVING MOTION TO SELL
## THE TURNBOW REAL PROPERTY

Kent Ries, Trustee of the above referenced Chapter 7 bankruptcy estates and Court

Appointed Liquidator of the real property owned by the Galmor Family Limited Partnership

("Trustee") has filed a Motion for Authority to Sell the Turnbow Real Property ("Motion"). In

his Motion, Trustee seeks authority to sell real property (the "Turnbow Property") more

particularly described as follows:

> All of the Southwest Quarter (SW/4) of Section Sixty-seven (67), Block Seventeen (17), H&GN Ry. Co. Survey, Wheeler County, Texas.

The Court is informed that the only party to have informally objected to the Motion has

agreed to the entry of this Order, as evidenced by counsels' signatures below. The Court finds

core jurisdiction over the subject matter of the Motion, that notice of the sale has been adequate

under the circumstances and, after having reviewed said Motion and the terms of the sale

proposed therein, the Objection to the Motion and the parties agreement herein, finds the relief

sought by the Trustee is in order and the parties' agreement should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED** that Kent Ries, Trustee herein, be and the

same is hereby authorized to sell the Turnbow Property for at least $120,000.00, as more

particularly described in the Trustee's Motion; It is further

**ORDERED, ADJUDGED AND DECREED**, that, subject to the review and objection

period below, the Trustee is authorized to pay all valid liens and all contracted for and

commercially reasonable closing expenses and commissions; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee will provide counsel for

the objecting party (Leslie Pritchard) the proposed closing statement at least 48 hours prior to

closing, with that party reserving the right to object to the closing, except as to the purchase price

and the 5% broker commission, and that, if such objection is timely lodged, the closing shall not proceed and the Trustee shall file a motion for expedited relief, which the Court shall hear on an expedited basis, and at which the Court shall make such additional findings, conclusions, and orders as may be proper; It is further

**ORDERED, ADJUDGED AND DECREED**, except for the liens, expenses, and commissions authorized to be paid as above, the Trustee shall hold and safeguard all remaining sale proceeds and shall not use the same without further order of this Court, upon such motion as may be appropriate; It is further

**ORDERED, ADJUDGED AND DECREED**, that the purchaser of the Turnbow Property must, through its principal, sign an affidavit of disinterestedness substantially in the form attached hereto and incorporated herein for all purposes, and that such affidavit shall be provided to counsel for Leslie Pritchard at least 48 hours prior to closing; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee may provide to the title company closing this sale a Certificate (substantially in the form attached hereto and incorporated herein for all purposes) that the proposed closing statement and affidavit of disinterestness have been provided to the objecting party and that no timely objection has been made with respect to such documents, and that the title company can rely on such Certificate in closing this sale; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee be and the same is hereby authorized to execute all documents and instruments necessary to carry out the purposes of intent of this Order; It is further

**ORDERED, ADJUDGED AND DECREED**, that the sale as authorized herein shall be by special warranty deed, and on an as is, where is, with all present defects basis; It is further

**ORDERED, ADJUDGED AND DECREED,** that the fourteen day stay requirement

pursuant to F.R.B.P. 6004(h) is waived.

## # End of Order # # #

AGREED AS TO SUBSTANCE AND FORM:

| | |
|---|---|
| Kent Ries, Attorney at Law<br>State Bar No.  16914050<br>2700 S. Western St., Suite 300<br>Amarillo, Texas 79109<br>(806) 242-7437<br> (806) 242-7440– Fax<br><br>COUNSEL FOR TRUSTEE | MUNSCH HARDT KOPF & HARR, P.C.<br><br>By: /s/  Davor Rukavina<br>Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>3800 Ross Tower<br>500 North Akard St.<br>Dallas, Texas  75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-4375<br><br>ATTORNEYS FOR LESLIE PRITCHARD |

## <u>AFFIDAVIT OF DISINTERESTEDNESS</u>

STATE OF TEXAS       §
              §
COUNTY OF _____ §

Before me, the undersigned authority, on this day personally appeared _____

_____, a person whose lawful identify I confirmed, and who did, upon being

sworn, state the following under oath and penalty of perjury:

1.    I am over the age of 21 and am otherwise competent to give this Declaration.  I

have personal knowledge of the matters stated herein.

2.    I am the proposed buyer of that certain real property being sold by Kent Ries and

the Galmor Family Limited Partnership.  I understand that Mr. Ries and the Galmor Family

Limited Partnership, and the United States Bankruptcy Court for the Northern District of Texas,

Amarillo Division, are relying on this Declaration.

3.    I am not purchasing said property, directly or indirectly for, or in concert with,

Michael Stephen Galmor nor any entity known to me to be affiliated with Mr. Galmor.  I am not

an agent of Michael Stephen Galmor.

4.    I am not obtaining any of the purchase price for said property, by way or loan,

gift, or otherwise, directly or indirectly, from Michael Stephen Galmor or any entity known to

me to be affiliated with Mr. Galmor.

5.    I have no present relationship, business, familial, or otherwise, with Michael

Stephen Galmor.

FURTHER AFFIANT SAYETH NOT.

           _____

           Name: _____

Subscribed before me, the undersigned notary public in and for the State of Texas, on this

the ____ day of _____ , 2020, to witness which I hereby set forth my seal.

_____

[seal]                            Name: _____

Commission Expires: _____

## <u>CERTIFICATE OF KENT RIES, COURT APPOINTED LIQUIDATOR OF THE REAL PROPERTY OWNED BY THE GALMOR FAMILY LIMITED PARTNERSHIP</u>

In connection with the closing of the Turnbow real property, Kent Ries ("Ries") does hereby certify that the proposed closing statement provided by Wheeler Title & Abstract Co. ("Wheeler Title") has been provided to counsel for Leslie Pritchard, and that no objection has been timely received with respect to closing the Turnbow real property under the terms of that closing statement.

Further, Ries does hereby certify that an affidavit of disinterestedness has been properly executed by the purchaser, that it has been provided to counsel for Galmor Family Limited Partnership and that no objection has been timely received with respect to such affidavit.

Date:_____

_____
Kent Ries