



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 15, 2021**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § | |
| And | § § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § § § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § § | |
| KENT RIES, Trustee | § § | |
| | § § § | ADVERSARY NO. 19-2006 |
| THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP AND GALMOR MANAGEMENT, L.L.C., | § § § § | |

## AGREED ORDER APPROVING MOTION TO SELL
## THE PIT PLACE REAL PROPERTY

Kent Ries, Trustee of the above referenced Chapter 7 bankruptcy estates and Court Appointed Liquidator of the Galmor Family Limited Partnership real estate ("Trustee") has filed a Motion for Authority to Sell the Pit Place Real Property ("Motion"). In his Motion, Trustee seeks authority to sell real property (the "Pit Place Property") more particularly described in Exhibit "A" attached hereto and incorporated herein for all purposes.

The Court is informed that the only party in interest that has filed its resistance to the Motion of the Trustee has agreed to this Order. The Court finds jurisdiction over the subject matter of the Motion, that notice of the sale has been adequate under the circumstances and, after having reviewed said Motion and the terms of the sale proposed therein, finds the relief sought by the Trustee is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED** that Kent Ries, Trustee herein, be and the same is hereby authorized to sell the Subject Property for at least $66,350.00, as more particularly described in the Trustee's Motion; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee is authorized to pay all valid liens and all contracted for and commercially reasonable closing expenses, including broker fees and expenses; It is further

**ORDERED, ADJUDGED AND DECREED**, that the purchaser of the Pit Place Property must, through its principal, sign an affidavit of disinterestedness substantially in the form attached hereto and incorporated herein for all purposes, and that such affidavit shall be provided to counsel for Leslie Pritchard at least 48 hours prior to closing; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee be and the same is hereby authorized to execute all documents and instruments necessary to carry out the purposes of intent of this Order; It is further

**ORDERED, ADJUDGED AND DECREED**, that the sale as authorized herein shall be by special warranty deed, and on an as is, where is, with all present defects basis; It is further

**ORDERED, ADJUDGED AND DECREED,** that the fourteen day stay requirement pursuant to F.R.B.P. 6004(h) is waived.

## # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
 (806) 242-7440– Fax

COUNSEL FOR TRUSTEE

AGREED:

/s/ Kent Ries
Kent Ries, Attorney for Trustee


 /s/ Kevin S. Wiley
Kevin S. Wiley, Attorney for Kirby-Smith Machinery, Inc.


/s/ Davor Rukavina
Davor Rukavina, Attorney for Defendant Leslie Donnette Galmor Pritchard

**LEGAL DESCRIPTION**

FIELD NOTES for a 132.70 acre tract of land out of Section 4, Block A-8, H. & G. N. Ry. Co. Survey, Wheeler County, Texas.

BEGINNING at a 1-1/4" iron pipe found in County Road V at the southwest corner of said Section 4 for the southwest corner of thjs tract.

THENCE N. 00° 37' 24" W., along the west line of said Section 4, a distance of 2249.28 feet to a 1/2" iron rod set with a yellow cap inscribed "RPLS 4263" (hereafter referred to as an OJD cap) for the northwest corner of this tract.

THENCE N. 82° 23' 40" E. a distance of 1701.37 feet to a 3" iron pipe fence corner for an angle corner of this tract.

THENCE S. 56° 34' 13" E. a distance of 12.69 feet to a 3" iron pipe fence corner for an angle corner of this tract.

THENCE S. 40° 22' 18" E. a distance of 1359.47 feet to a 3" iron pipe fence corner for an angle corner of this tract.

THENCE S. 25° 49' 43" E. a distance of 47.67 feet to a 3" iron pipe fence corner for an angle corner of this tract.

THENCE S. 82° 13' 06" E. a distance of 35.47 feet to a 3" iron pipe fence corner for an angle corner of this tract.

THENCE S. 02° 03' 36" E. a distance of 28.16 feet to an OJD cap set for an ell corner of this tract.

THENCE N. 89° 15' 50" E. a distance of 26.44 feet to an OJD cap set at the southwest corner of the north half of the southeast quarter of said Section 4 for the northeast corner of this tract.

THENCE S. 00° 42' 13" E., at 1298.73 feet pass an OJD cap set in the north margin of said County Road V, a total distance of 1322.73 feet to the middle of the south line of said Section 4 in said County Road V for the sout.hec=rnt. corner of t.his tract..

THENCE S. 89° 16' 40" W., along said south line and said County Road V, a distance of 2652.93 feet to the place of BEGINNING and containing 132.70 acres of land.

DS

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF TEXAS § 
 § 
COUNTY OF _____ §

Before me, the undersigned authority, on this day personally appeared _____ _____, a person whose lawful identify I confirmed, and who did, upon being sworn, state the following under oath and penalty of perjury:

1. I am over the age of 21 and am otherwise competent to give this Declaration. I have personal knowledge of the matters stated herein.

2. I am the proposed buyer of that certain real property being sold by Kent Ries and the Galmor Family Limited Partnership. I understand that Mr. Ries and the Galmor Family Limited Partnership, and the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division, are relying on this Declaration.

3. I am not purchasing said property, directly or indirectly for, or in concert with, Michael Stephen Galmor nor any entity known to me to be affiliated with Mr. Galmor. I am not an agent of Michael Stephen Galmor.

4. I am not obtaining any of the purchase price for said property, by way or loan, gift, or otherwise, directly or indirectly, from Michael Stephen Galmor or any entity known to me to be affiliated with Mr. Galmor.

5. I have no present relationship, business, familial, or otherwise, with Michael Stephen Galmor.

FURTHER AFFIANT SAYETH NOT.

_____

Name: _____


Subscribed before me, the undersigned notary public in and for the State of Texas, on this the ___ day of _____, 2021, to witness which I hereby set forth my seal.

[seal]                            Name: _____

                                  Commission Expires: _____