## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § | |
| And | § § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § § § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § | |
| KENT RIES, TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | ADVERSARY NO. 19-2006 |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP, | § § § § § § § § | |
| Defendants. | § | |

## **Case statue report**

This adversary has a Judgment dated 4/24/20 (#26) that ordered the liquidation of real estate and the resolution of a severed adversary (#20-2003). The severed adversary was Ordered in this adversary on 4/17/20 (#24).

The real estate has apparently all been liquidated.

The severed adversary is still ongoing and not resolved. Until adversary #20-2003 is resolved, this adversary must remain open pursuant to this Court's Judgment.

Signed…Kent Ries