BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Michael Stephen Galmor | §<br>§<br>§ | |
| Debtor(s) | § | Case No.:   18−20209−rlj7<br>Chapter No.:  7 |
| Kent Ries | § | |
| Plaintiff(s) | § | Adversary No.:   19−02006−rlj |
| vs. | § | |
| Michael Stephen Galmor  et al. | § | |
| Defendant(s) | § | |

Dear Kent Ries:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☒ Other: Case status.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 30 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  5/18/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/S. Kerr, Deputy Clerk
sonja_kerr@txnb.uscourts.gov

United States Bankruptcy Court

Northern District of Texas

Ries,
    Plaintiff

Adv. Proc. No. 19-02006-rlj

Galmor,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: skerr | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: BTXN027a | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

**Recip ID    Recipient Name and Address**
pla    + Kent Ries, 2700 S. Western Street, Suite 300, Amarillo, TX 79109-1536

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Davor Rukavina | on behalf of Defendant Leslie Donnette Galmor Pritchard drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |
| Davor Rukavina | on behalf of Liquidator Leslie Pritchard drukavina@munsch.com |
| Jeffery D. Carruth | on behalf of Defendant Leslie Donnette Galmor Pritchard jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeffery D. Carruth | on behalf of Defendant Galmor Family Limited Partnership jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: skerr | Page 2 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: BTXN027a | Total Noticed: 1 |

Jeffery D. Carruth
    on behalf of Defendant Traci Marie Galmor Coleman jcarruth@wkpz.com
    jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Kent David Ries
    on behalf of Plaintiff Kent Ries kent@kentries.com

Kevin S. Wiley, Jr.
    on behalf of Creditor Kirby-Smith Machinery  Inc. kevinwiley@lkswjr.com

TOTAL: 8