Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584

ATTORNEYS FOR LESLIE PRITCHARD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| In re: | § | |
| | § | |
| THE LIQUIDATION OF THE GALMOR | § | ADVERSARY NO. 19-2006 |
| FAMILY LIMITED PARTNERSHIP and | § | |
| GALMOR MANAGEMENT, LLC, | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will convene a hearing on the *Motion of Leslie Pritchard to Compel Turnover of Personal Property By Debtor Michael Stephen Galmor, Deena Carter, and Justin Michael Galmor*, to be held on **July 15, 2021 at 1:30 p.m.**, on the Court's video-docket and at U. S. Courthouse, 205 Southeast 5th Ave., Amarillo, Texas 79101-1559.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/  Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas Berghman, Esq.
    Texas Bar No. 24082683
    3800 Ross Tower
    500 North Akard St.
    Dallas, Texas  75201
    Telephone: (214) 855-7500
    Facsimile: (214) 978-4375

**ATTORNEYS FOR LESLIE PRITCHARD**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 18th day of June, 2021, he caused true and correct copies of this document, with all exhibits hereto, to be served, on the persons listed below and by the means listed below:

Kent Ries, Esq., by e-mail at Kent@kentries.com

Matt Sherwood, counsel for Debtor, by e-mail at: msherwood@bf-law.com

Debtor, by Federal Express overnight and U.S. first class mail, postage prepaid, at:

> Stephen Michal Galmor
> #7
> 6535 US-83
> Shamrock, TX 79079

Carter:

Denna Carter, by Federal Express overnight and U.S. first class mail, postage prepaid, at:

> Deena Carter
> 7010 U.S. Hwy 83
> Twitty, TX 79079

Justin Michael Galmor, by Federal Express overnight and U.S. first class mail, postage prepaid, at:

> Justin Michael Galmor
> 320 Mary Drive
> Elk City, Oklahoma 73644

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
