

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 16, 2021**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § | |
| In re: | § § § | |
| THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, LLC, | § § § | ADVERSARY NO. 19-2006 |

**AGREED ORDER RELEASING TO LESLIE PRITCHARD
$100,000.00 IN FUNDS HELD BY KENT RIES**

CAME ON FOR CONSIDERATION the *Agreed Motion of Leslie Pritchard to Release $100,000.00 In Funds Held by Kent Ries* (the "Motion"), filed by Leslie Pritchard ("Pritchard"), in her capacity as the co-liquidator of the Galmor Family Limited Partnership ("FLP"). Finding that service and notice of the Motion was sufficient and appropriate and, based on the agreement of Kent Ries ("Ries") to the relief requested in the Motion, as evidenced by his signature below, that cause for granting the Motion exists, it is hereby:

ORDERED that the Motion is GRANTED, including all the terms of the parties agreement described in the Motion; it is further

ORDERED that, no later than 10 days after the entry of this Order, Ries shall transfer $100,000.00 of the proceed of his sales of FLP real property (the "Funds") to Pritchard, in her capacity and role as liquidator and manager of the FLP; it is further

ORDERED that the Funds shall be transferred solely upon the agreement of Ries and the Court makes no finding that Ries is otherwise obligated to transfer any funds to Pritchard, and Ries' agreement to transfer the Funds shall in no way be used as an admission by Ries or to prejudice Ries of any claim or right Ries has against the FLP or Pritchard; it is further

ORDERED that the Funds shall be the only distribution to be made by Ries to Pritchard pursuant to the Court's *Agreed Judgment: (i) Ordering Supervised Liquidation of Texas Entities; and (ii) Appointing Managers of the Same; and (iii) Severing Remaining Claims* (the "Agreed Judgment"), and Pritchard is absolutely barred from making any further requests of the Funds until the Collection Action (Adversary No. 20-2003) is fully and finally resolved and paid; it is further

ORDERED that the Funds shall be transferred to, and held in, the retainer account of Pritchard's counsel, Munsch Hardt Kopf & Harr, P.C., and may be used by Pritchard solely to pay for legal fees and expenses, including expert fees and expenses, and only for such purposes within Pritchard's authority and role as provided in the Agreed Judgment, and that any unused portion of the Funds shall remain the property of the FLP subject to final distribution as may otherwise be provided for herein.

### END OF ORDER ###

**AGREED AS TO SUBSTANCE AND FORM:**

| **MUNSCH HARDT KOPF & HARR, P.C.** | **KENT RIES:** |
|---|---|
| By: /s/ Davor Rukavina<br>Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>Thomas Berghman, Esq.<br>Texas Bar No. 24082683<br>3800 Ross Tower<br>500 North Akard St.<br>Dallas, Texas 75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-4375<br><br>**ATTORNEYS FOR LESLIE PRITCHARD** | By: /s/ Kent Ries (*w/ permission*)<br>Kent Ries, Trustee and Attorney for Trustee<br>State Bar No. 16914050<br>2700 S. Western St., Suite 300<br>Amarillo, Texas 79109<br>(806) 242-7437<br>(806) 242-7440 - Fax |

United States Bankruptcy Court
Northern District of Texas

Ries,
    Plaintiff

Galmor,
    Defendant

Adv. Proc. No. 19-02006-rlj

## CERTIFICATE OF NOTICE

District/off: 0539-2     User: sramirez     Page 1 of 2
Date Rcvd: Jun 16, 2021     Form ID: pdf001     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Cheryl Wilcoxson, US Trustee, 1100 Commerce St., Ste. 976, Dallas, TX 75242-0996 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jun 16 2021 20:58:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jun 16 2021 20:58:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 16 2021 20:58:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Sandra Nixon, U.S. Trustee |
| ust | | mario zavala |
| ust | *+ | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0539-2 | User: sramirez | Page 2 of 2
Date Rcvd: Jun 16, 2021 | Form ID: pdf001 | Total Noticed: 4

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |
| Davor Rukavina | on behalf of Liquidator Leslie Pritchard drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Leslie Donnette Galmor Pritchard drukavina@munsch.com |
| Jeffery D. Carruth | on behalf of Defendant Galmor Family Limited Partnership jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeffery D. Carruth | on behalf of Defendant Traci Marie Galmor Coleman jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeffery D. Carruth | on behalf of Defendant Leslie Donnette Galmor Pritchard jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Kent David Ries | on behalf of Plaintiff Kent Ries kent@kentries.com |
| Kevin S. Wiley, Jr. | on behalf of Creditor Kirby-Smith Machinery  Inc. kevinwiley@lkswjr.com |

TOTAL: 8