

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 19, 2021**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | |
| | § | |
| THE LIQUIDATION OF THE GALMOR | § | ADVERSARY NO. 19-2006 |
| FAMILY LIMITED PARTNERSHIP and | § | |
| GALMOR MANAGEMENT, LLC, | § | |

**ORDER: (I) COMPELLING TURNOVER BY MICHAEL STEPHEN GALMOR,
DEENA CARTER, AND JUSTIN MICHAEL GALMOR;
AND (II) SETTING STATUS CONFERENCE**

CAME ON FOR HEARING on the 15th day of July, 2021, the *Motion of Leslie Pritchard to Compel Turnover of Personal Property By Debtor Michael Stephen Galmor, Deena Carter, and Justin Michael Galmor* (the "Motion"), filed by Leslie Pritchard ("Pritchard"), in her capacity as the co-liquidator of the Galmor Family Limited Partnership (the "FLP").

The Court finds that service and notice of the Motion was sufficient and appropriate and that the Court has the jurisdiction to grant the relief requested in the Motion. The Court further finds that the relief requested in the Motion is lawful and appropriate and, based on the representations in the Motion and exhibits attached to the Motion, and the lack of objection to the Motion, that such relief should be granted. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED to the extent set forth herein; it is further

ORDERED that, to the extent that any of Michael Stephen Galmor (the "Debtor"), Deena Carter ("Carter"), and Justin Michael Galmor ("J. Galmor") have any of the following property in their possession, and with respect to which they do not claim the ownership of, they shall turn the same over to Pritchard in her capacity as co-liquidator of the FLP: (i) any firearms owned by Bobby Don Galmor, Shirley Jo Galmor, or the Bobby Don and Shirley Joe Galmor Living Trust; (ii) certificates of deposit in the name of Bobby Galmor held at Great Plains Bank, including numbers 35117, 35661, 34509, and 35768; (iii) the items listed on Exhibit "A" attached hereto; and (iv) any other personal property that the same know or believe to be property of the FLP ((i) through (iv), collectively the "Subject Property"); it is further

ORDERED that, to the extent that any of the Debtor, Carter, and J. Galmor have any of the Subject Property in their possession, but which they claim the ownership of, they shall promptly so inform Pritchard, whereafter they shall not be required to turn the same over pending an adjudication of any such ownership issues; it is further

ORDERED that the Debtor, but not Carter or J. Galmor, shall, to the extent he had possession of the Subject Property previously but no longer has such possession, promptly provide Pritchard with all documents and communications in his possession, custody, or control, including receipts, bills of

lading, title documents, and the like, related to any disposition of such Subject Property, or any other document or communication related to or evidencing such disposition; it is further

ORDERED that the Debtor, Carter, and J. Galmor are commanded and directed to promptly permit Pritchard physical entry on to any of their property for the purpose locating and inventorying the Subject Property and, with respect to any Subject Property whose ownership is not in dispute, to remove the same from such property at Pritchard's burden and expense, including on more than one occasion if reasonably necessary; *provided, however,* that, where this Court authorizes or directs the entry by Pritchard on to any land of the Debtor, Carter, or J. Galmor, Pritchard herself shall not make any such entry, unless the owner of such land otherwise consents, but Pritchard's agents, who are not members of the Galmor family, such as her attorneys, wreckers, and auctioneers, may make such entry; it is further

ORDERED that, where this Order directs the turnover of any property that, in addition to such property, has associated keys, owner's manuals, maintenance records, or other documentation, all such keys and documents shall also be turned over, to the extent that the same is in the possession of the parties subject to this Order; it is further

ORDERED that, as used above, "promptly" shall mean within sixty (60) days of the entry of this Order, and the Debtor, Carter, and J. Galmor are directed and commanded to reasonably cooperate and communicate with Pritchard, and Pritchard is directed and commanded to reasonably cooperate and communicate with the Debtor, Carter, and J. Galmor, in all instances including through counsel and agents, regarding the same, including to identify and inventory any of the Subject Property that may be in the possession of any of the foregoing, identify and inventory any of the Subject Property that may exist and be subject to an ownership dispute, otherwise comply with all provisions of this Order, and permit Pritchard physical entry on to any property owned by any of the foregoing for the

purpose of removing, at Pritchard's burden and expense, any of the Subject Property whose ownership is not in dispute; it is further

ORDERED that, for the avoidance of doubt, no party may breach the peace in the enforcement of this Order and nothing in this Order relieves any party from compliance with any applicable law; it is further

ORDERED that, with respect to any entry upon land or review or inventorying of any of the Subject Property, any party in possession of the same shall permit Pritchard to photograph or video such property; it is further

ORDERED that the parties may deviate from the commands of this Order only upon the written agreement of the parties affected by such deviation; it is further

ORDERED that Kent Ries, Trustee (the "Trustee") shall be entitled to be copied on all communications and correspondence regarding any party's compliance under this Order, and to be physically present at any entry upon land, inventorying, or removal of the Personal Property, and, where this Order requires and directs reasonable cooperation, the same shall apply to the Trustee; it is further

ORDERED that nothing in this Order shall constitute a finding that any of the Personal Property exists, and nothing in this Order shall prejudice any issue as to the ownership of any of the Personal Property by any party, where such ownership is in dispute; it is further

ORDERED that a status conference on all parties' compliance with this Order, and the potential need for further proceedings or orders, shall be held on October 21, 2021 at 1:30 p.m. via WebEx on the Amarillo video docket, the meeting/dial-in information for which can be found on the Court's website at www.txnb.uscourts.gov under Judge Jones' Hearing Dates and Calendar tab prior to the hearing, and at which hearing Pritchard and the Trustee shall appear, and at which any other

interested party may appear; *provided, however,* that, if any party seeks further relief against any other party, such relief must be sought by appropriate motion or legal process and the status conference shall not be a substitute for the same; it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order, including through the issuance of further orders, contempt orders, and writs of execution and possession.

### # # #  END OF ORDER # # #

APPROVED AS TO FORM ONLY:

/s/ Kent Ries, Trustee (*w/ permission)*
Kent Ries, Trustee


/s/ Patrick Swindell (*w/ permission*)
Patrick Swindell, Esq.
1619 S. Kentucky St., Suite B202
Amarillo, TX 79102
(806) 374-7979 (806) 374-1991 Fax
Counsel for Michael Stephen Galmor


/s/ D. J. DeDelon (*w/ permission*)
D. J. DeLeon, Esq.
Daniel J. DeLeon, Atty at Law, P.L.L.C.
209 S. Jefferson
P.O. Box 475
Elk City, Oklahoma 73648
Tele: (580) 303-7365
Counsel for Justin Michael Galmor

**12/31/17**  **2017 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 1**

27-4132388

**GALMOR FAMILY LTD PARTNERSHIP**

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RENTAL REAL ESTATE - RENTAL REAL ESTATE | | | | | | | | | | | | | | | |
| 70 | RENT HOUSE IMPROVEMENTS | 12/15/09 | | 11,050 | | | | | | | 11,050 | 2,831 | S/L MM | 27.5 | .03636 | 402 |
| 87 | 2005 CLAYTON MOBILE HOME | 5/02/11 | | 18,049 | | | | | | | 18,049 | 15,532 | 200DB HY | 7 | .08930 | 1,612 |
| 91 | TWITTY - SEPTIC | 5/09/11 | | 5,300 | | | | 5,300 | | | 0 | 0 | 150DB HY | 15 | | 0 |
| 92 | IMPROVEMENTS - BARTLETT | 5/10/11 | | 2,559 | | | | 2,559 | | | 0 | | S/L MM | 27.5 | | 0 |
| 93 | SKIRTING - TWITTY | 6/11/11 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB HY | 7 | .08930 | 0 |
| 111 | RENT HOUSE IMPROVEMENTS | 9/24/14 | | 22,333 | | | | | | | 22,333 | 1,861 | S/L MM | 27.5 | .03636 | 812 |
| 119 | NEW A/C UNIT | 8/09/16 | | 4,217 | | | | 2,109 | | | 2,108 | 29 | S/L MM | 27.5 | .03636 | 77 |
| | TOTAL | | | 64,508 | | 0 | 0 | 9,968 | 0 | 0 | 54,540 | 21,353 | | | | 2,903 |
| | BUILDINGS | | | | | | | | | | | | | | | |
| 122 | STORAGE BUILDING | 2/28/17 | | 3,000 | | | | | | | 3,000 | | 200DB HY | 10 | .10000 | 300 |
| | TOTAL BUILDINGS | | | 3,000 | | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | | | | 300 |
| | TOTAL DEPRECIATION | | | 67,508 | | 0 | 0 | 9,968 | 0 | 0 | 57,540 | 21,353 | | | | 3,203 |
| | FORM 1065, SCHEDULE F - CATTLE & WHEAT | | | | | | | | | | | | | | | |
| 59 | HOUSE - 592 | 10/15/08 | | 5,000 | | | | | | | 5,000 | 1,494 | S/L MM | 27.5 | .03636 | 182 |
| | TOTAL | | | 5,000 | | 0 | 0 | 0 | 0 | 0 | 5,000 | 1,494 | | | | 182 |
| | AUTO / TRANSPORT EQUIPMENT | | | | | | | | | | | | | | | |
| 40 | 08 KING RANCH PICKUP | 3/31/08 | 6/15/17 | 66,333 | | | | | | | 66,333 | 66,333 | 150DB HY | 5 | | 0 |
| 41 | 97 INT'L GRAIN TRUCK | 4/01/08 | | 10,500 | | | | | | | 10,500 | 10,500 | 150DB HY | 5 | | 0 |

Exhibit "A"

**12/31/17**  **2017 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 2**

**GALMOR FAMILY LTD PARTNERSHIP**  27-4132388

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 01 FORD 1 TON PICKUP | 9/30/08 | | 8,233 | | | | | | | 8,233 | 8,233 | 150DB HY | 5 | | 0 |
| 53 | 09 OPS BELLY DUMP TRAILER | 10/21/08 | 1/31/17 | 31,100 | | | | | | | 31,100 | 31,100 | 150DB HY | 5 | | 0 |
| 54 | 06 FORD DUALLY | 7/17/08 | | 38,240 | | | | | | | 38,240 | 38,240 | 150DB HY | 5 | | 0 |
| 55 | 08 LINCOLN NAVIGATOR | 8/14/08 | 1/15/17 | 47,140 | | | | | | | 47,140 | 47,140 | 150DB HY | 5 | | 0 |
| 58 | GMC GRAIN TRUCK | 2/26/08 | | 1,500 | | | | | | | 1,500 | 1,500 | 150DB HY | 5 | | 0 |
| 76 | 2010 WHITE JEEP | 2/03/10 | | 23,231 | | | | 11,616 | | | 11,615 | 11,615 | 150DB HY | 5 | | 0 |
| 82 | 91 FORD FUEL TRUCK | 2/25/10 | | 2,200 | | | | | | | 2,200 | 2,200 | 150DB HY | 5 | | 0 |
| 94 | 2006 JEEP | 7/07/11 | 1/01/17 | 22,500 | | | | | | | 22,500 | 22,500 | 150DB HY | 5 | | 0 |
| 95 | 98 GMC YUKON | 6/04/11 | 1/01/17 | 3,500 | | | | | | | 3,500 | 3,500 | 150DB HY | 5 | | 0 |
| 96 | TRAILER | 6/30/11 | | 1,000 | | | | | | | 1,000 | 817 | 150DB HY | 7 | .12250 | 123 |
| 98 | KUBOTA MULE | 5/15/12 | 6/01/17 | 15,998 | | | | | | | 15,998 | 15,998 | 150DB HY | 7 | .12250 | 0 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 271,475 | | 0 | 0 | 11,616 | 0 | 0 | 259,859 | 259,676 | | | | 123 |
| | BUILDINGS | | | | | | | | | | | | | | | |
| 65 | CONE STYLE GRAIN BINS | 6/15/09 | | 5,819 | | | | | | | 5,819 | 3,242 | 150DB HY | 15 | .05910 | 344 |
| 72 | BARN - BRADLEY LAND | 11/12/10 | | 5,000 | | | | | | | 5,000 | 2,492 | 150DB HY | 15 | .05900 | 295 |
| 80 | GRAIN BINS | 1/18/10 | | 6,635 | | | | 3,318 | | | 3,317 | 1,653 | 150DB HY | 15 | .05900 | 196 |
| 90 | MOBILE HOME - 592 | 5/02/11 | | 17,049 | | | | | | | 17,049 | 15,440 | 150DB HY | 7 | .12250 | 1,609 |
| 114 | BUILDING REPAIRS | 9/11/15 | | 4,532 | | | | | | | 4,532 | 213 | S/L MM | 27.5 | .03636 | 165 |
| | TOTAL BUILDINGS | | | 39,035 | | 0 | 0 | 3,318 | 0 | 0 | 35,717 | 23,040 | | | | 2,609 |
| | IMPROVEMENTS | | | | | | | | | | | | | | | |
| 1 | BARN | 8/01/90 | | 1,200 | | | | | | | 1,200 | 1,200 | S/L HY | 15 | | 0 |
| 4 | STOCK PENS | 3/21/01 | | 5,433 | | | | | | | 5,433 | 5,433 | 150DB HY | 5 | | 0 |
| 9 | STOCK PENS | 3/27/03 | | 6,140 | | | | | | | 6,140 | 6,140 | 150DB HY | 5 | | 0 |

**12/31/17**  **2017 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 3**

**GALMOR FAMILY LTD PARTNERSHIP**  27-4132388

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | CATTLE PENS | 1/31/06 | | 3,690 | | | | 3,690 | | | 0 | 0 | 150DB HY | 5 | | 0 |
| 17 | CATTLE PENS | 3/31/06 | | 1,799 | | | | 1,799 | | | 0 | 0 | 150DB HY | 5 | | 0 |
| 24 | FENCE - EMERITT PL | 5/31/07 | | 21,657 | | | | | | | 21,657 | 21,657 | 150DB HY | 7 | | 0 |
| 25 | CATTLE PENS - EMERITT PL | 5/31/07 | | 4,130 | | | | | | | 4,130 | 4,130 | 150DB HY | 7 | | 0 |
| 48 | CONCRETE FOR WATER TANKS | 10/31/08 | | 3,482 | | | | 3,482 | | | 0 | | 150DB HY | 7 | | 0 |
| 51 | CATTLE PENS | 11/30/08 | | 7,625 | | | | 7,625 | | | 0 | | 150DB HY | 7 | | 0 |
| 66 | FENCE | 3/06/09 | | 11,430 | | | | | | | 11,430 | 11,430 | 150DB HY | 5 | | 0 |
| 68 | FENCE | 8/07/09 | | 2,610 | | | | | | | 2,610 | 2,610 | 150DB HY | 7 | | 0 |
| 69 | GRAVEL | 3/30/09 | | 10,673 | | | | 5,337 | | | 5,336 | 2,973 | 150DB HY | 15 | .05910 | 315 |
| 78 | FEED STORAGE | 5/21/10 | | 4,612 | | | | 2,306 | | | 2,306 | 2,163 | 150DB HY | 7 | .06120 | 143 |
| 81 | FENCE | 9/29/10 | | 3,325 | | | | 3,325 | | | 0 | | 150DB HY | 7 | | 0 |
| 85 | STORAGE - 592 | 5/19/11 | | 2,241 | | | | 2,241 | | | 0 | | 150DB HY | 4 | | 0 |
| 88 | FENCE - BRADLEY | 5/11/11 | | 12,054 | | | | 12,054 | | | 0 | | 150DB HY | 7 | | 0 |
| 89 | OFFICE FURNITURE | 3/15/11 | | 2,239 | | | | 2,239 | | | 0 | | 150DB HY | 7 | | 0 |
| 103 | FENCE | 9/26/13 | | 2,974 | | | | 1,487 | | | 1,487 | 848 | 150DB HY | 7 | .12250 | 182 |
| 105 | FENCE | 3/29/14 | | 2,700 | | | | 1,350 | | | 1,350 | 673 | 150DB MQ | 7 | .12160 | 164 |
| 106 | SUBMERGIBLE PUMP | 8/07/14 | | 4,356 | | | | 2,178 | | | 2,178 | 941 | 150DB MQ | 7 | .12280 | 267 |
| 110 | SUB PUMP | 10/10/14 | | 6,542 | | | | 3,271 | | | 3,271 | 1,306 | 150DB MQ | 7 | .12870 | 421 |
| 115 | FENCING | 5/26/15 | | 28,786 | | | | 14,393 | | | 14,393 | 4,294 | 150DB HY | 7 | .15030 | 2,163 |
| | TOTAL IMPROVEMENTS | | | 149,698 | | 0 | 0 | 66,777 | 0 | 0 | 82,921 | 65,798 | | | | 3,655 |
| | **LAND** | | | | | | | | | | | | | | | |
| 60 | GIN YARD - LAND | 3/15/08 | 1/01/17 | 8,000 | | | | | | | 8,000 | | | | | 0 |
| 61 | LAND - EMERITT | 5/31/07 | | 266,598 | | | | | | | 266,598 | | | | | 0 |
| 71 | BRADLEY LAND - 603 ACRES | 11/12/10 | | 296,330 | | | | | | | 296,330 | | | | | 0 |
| 101 | LAND - S OF JACK'S HOUSE | 6/03/13 | 1/01/17 | 5,000 | | | | | | | 5,000 | | | | | 0 |
| | TOTAL LAND | | | 575,928 | | | | 0 | 0 | 0 | 575,928 | 0 | | | | 0 |

12/31/17     2017 FEDERAL DEPRECIATION SCHEDULE     PAGE 4

GALMOR FAMILY LTD PARTNERSHIP

27-4132388

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 2 | BOX CAR | 7/03/98 | | 1,200 | | | | | | | 1,200 | 1,200 | 150DB HY | 7 | | 0 |
| 3 | BUSH HOG | 9/22/00 | | 1,695 | | | | | | | 1,695 | 1,695 | 150DB HY | 5 | | 0 |
| 5 | IRRIGATION PUMP | 4/08/01 | | 3,000 | | | | | | | 3,000 | 3,000 | 150DB HY | 5 | | 0 |
| 6 | CHUTE TRAILER | 4/30/01 | | 2,500 | | | | | | | 2,500 | 2,500 | 150DB HY | 5 | | 0 |
| 7 | 2 PLOWS | 5/15/01 | | 2,100 | | | | | | | 2,100 | 2,100 | 150DB HY | 5 | | 0 |
| 8 | STOCK TRAILER | 12/28/01 | | 850 | | | | | | | 850 | 850 | 150DB HY | 5 | | 0 |
| 10 | EQUIPMENT | 6/30/03 | | 8,000 | | | | | | | 8,000 | 8,000 | 150DB HY | 5 | | 0 |
| 11 | TRAILER | 7/31/03 | | 9,600 | | | | | | | 9,600 | 9,600 | 150DB HY | 5 | | 0 |
| 12 | IRRIGATION EQUIPMENT | 8/29/03 | | 14,750 | | | | | | | 14,750 | 14,750 | 150DB HY | 5 | | 0 |
| 13 | EQUIPMENT | 9/30/03 | | 2,010 | | | | | | | 2,010 | 2,010 | 150DB HY | 5 | | 0 |
| 14 | EQUIPMENT | 7/30/04 | | 12,936 | | | | | | | 12,936 | 12,936 | 150DB HY | 5 | | 0 |
| 15 | GREAT PLAINS DRILL | 1/25/06 | | 18,700 | | | | 18,700 | | | 0 | | 150DB HY | 5 | | 0 |
| 18 | TRACTOR | 7/25/06 | | 3,000 | | | | 3,000 | | | 0 | 0 | 150DB HY | 5 | | 0 |
| 19 | SWATHER | 8/31/06 | | 17,589 | | | | | | | 17,589 | 17,589 | 150DB HY | 5 | | 0 |
| 20 | CASE TRACKING HOE | 8/31/06 | 1/15/17 | 25,948 | | | | 7,226 | | | 18,622 | 17,822 | 150DB HY | 5 | | 0 |
| 21 | DONAHUE SWATHER TRAILER | 8/31/06 | | 6,800 | | | | 2,800 | | | 4,000 | 3,827 | 150DB HY | 5 | | 0 |
| 22 | RED RHINO BALE TRAILER | 6/01/07 | | 7,500 | | | | | | | 7,500 | 7,500 | 150DB HY | 5 | | 0 |
| 23 | 210/300 GALLON BARRELLS | 7/31/07 | | 5,500 | | | | | | | 5,500 | 5,500 | 150DB HY | 7 | | 0 |
| 26 | KUBOTA 4WD TRACTOR | 8/02/06 | | 28,890 | | | | | | | 28,890 | 28,890 | 150DB HY | 7 | | 0 |
| 27 | WOODS BATWING MOWER | 8/02/06 | | 5,778 | | | | | | | 5,778 | 5,778 | 150DB HY | 7 | | 0 |
| 28 | FRONT END LOADER | 8/02/06 | | 3,852 | | | | | | | 3,852 | 3,852 | 150DB HY | 7 | | 0 |
| 29 | 1400 STEIGER TRACTOR | 8/23/06 | 1/15/17 | 29,000 | | | | | | | 29,000 | 22,925 | 150DB HY | 7 | | 0 |
| 30 | JD CHISEL | 8/23/06 | | 3,500 | | | | | | | 3,500 | 3,500 | 150DB HY | 7 | | 0 |
| 31 | IRRIGATION EQUIPMENT | 10/05/04 | | 58,810 | | | | | | | 58,810 | 58,810 | 150DB HY | 7 | | 0 |

12/31/17     2017 FEDERAL DEPRECIATION SCHEDULE     PAGE 5

GALMOR FAMILY LTD PARTNERSHIP

27-4132388

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL DEPR | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | DONAHUE TRAILER | 6/29/07 | | 6,850 | | | | | | | 6,850 | 6,850 | 150DB HY | 7 | | 0 |
| 33 | 16I0 JD CHISEL | 8/31/07 | | 6,000 | | | | | | | 6,000 | 6,000 | 150DB HY | 7 | | 0 |
| 34 | GRAIN AUGER | 8/31/07 | | 3,600 | | | | | | | 3,600 | 3,600 | 150DB HY | 7 | | 0 |
| 35 | JD 4960 TRACTOR | 4/07/08 | | 31,135 | | | | 31,135 | | | 0 | | 150DB HY | 7 | | 0 |
| 36 | JD 9300 TRACTOR - 2000 | 5/22/08 | | 64,884 | | | | 64,884 | | | 0 | | 150DB HY | 7 | | 0 |
| 37 | JD 9600 COMBINE - 1991 | 5/22/08 | | 47,750 | | | | 47,750 | | | 0 | | 150DB HY | 7 | | 0 |
| 38 | JD 930 30' COMBINE HEADER | 5/22/08 | | 8,500 | | | | | | | 8,500 | 8,500 | 150DB HY | 7 | | 0 |
| 39 | GRAIN CART | 2/26/08 | | 1,500 | | | | 200 | | | 1,300 | 1,300 | 150DB HY | 7 | | 0 |
| 42 | STOCK TRAILER | 5/30/08 | | 3,500 | | | | 3,500 | | | 0 | | 150DB HY | 7 | | 0 |
| 43 | 10 11' STOCK TANKS | 6/30/08 | | 6,800 | | | | 6,800 | | | 0 | | 150DB HY | 7 | | 0 |
| 45 | 36' GRAIN DRILL | 7/31/08 | | 17,500 | | | | 17,500 | | | 0 | | 150DB HY | 7 | | 0 |
| 46 | HAY SPEAR | 7/31/08 | | 522 | | | | 261 | | | 261 | 261 | 150DB HY | 7 | | 0 |
| 49 | 50' CHISEL | 10/31/08 | | 12,500 | | | | 12,500 | | | 0 | | 150DB HY | 7 | | 0 |
| 50 | 1/2 ROUND BALER | 12/24/08 | | 3,194 | | | | 1,597 | | | 1,597 | 1,597 | 150DB HY | 7 | | 0 |
| 52 | 60" MOWER | 10/16/08 | | 9,389 | | | | 4,695 | | | 4,694 | 4,694 | 150DB HY | 7 | | 0 |
| 56 | IRRIGATION SYSTEM | 5/08/07 | | 78,901 | | | | | | | 78,901 | 78,892 | 150DB HY | 7 | | 0 |
| 57 | IRRIGATION SYSTEM | 10/05/04 | | 58,810 | | | | | | | 58,810 | 58,810 | 150DB HY | 7 | | 0 |
| 62 | FLATBED TRAILER | 10/19/09 | | 475 | | | | | | | 475 | 475 | 150DB HY | 7 | | 0 |
| 63 | CHUTE & SCALE | 6/11/09 | | 4,000 | | | | | | | 4,000 | 4,000 | 150DB HY | 7 | | 0 |
| 64 | HAY FEEDERS | 11/16/09 | | 1,950 | | | | | | | 1,950 | 1,950 | 150DB HY | 7 | | 0 |
| 67 | HAY FEEDERS | 11/16/09 | | 1,950 | | | | | | | 1,950 | 1,950 | 150DB HY | 7 | | 0 |
| 73 | CATERPILLAR CH85C | 3/31/10 | 1/01/17 | 44,000 | | | | | | | 44,000 | 41,302 | 150DB HY | 7 | .06120 | 1,347 |
| 74 | GP 354000 DRILL | 7/15/10 | | 21,550 | | | | | | | 21,550 | 20,230 | 150DB HY | 7 | .06120 | 1,320 |
| 75 | JD MOWER - LN05 | 7/15/10 | | 810 | | | | 405 | | | 405 | 381 | 150DB HY | 7 | .06120 | 24 |
| 77 | CATTLE TRAILER | 8/23/10 | | 12,000 | | | | 6,000 | | | 6,000 | 5,633 | 150DB HY | 7 | .06120 | 367 |
| 79 | VERMEER 210 HAY RAKE | 5/12/10 | | 2,250 | | | | | | | 2,250 | 2,113 | 150DB HY | 7 | .06120 | 137 |
| 83 | FUEL TANKS | 2/25/10 | | 1,800 | | | | | | | 1,800 | 1,692 | 150DB HY | 7 | .06120 | 108 |

**12/31/17**  **2017 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 6**

**GALMOR FAMILY LTD PARTNERSHIP**  27-4132388

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | BALER | 1/21/10 | | 6,388 | | | | | | | 6,388 | 5,998 | 150DB HY | 7 | .06120 | 390 |
| 86 | 3 HARROWS | 1/03/11 | 1/01/17 | 54,750 | | | | | | | 54,750 | 54,750 | 150DB HY | 7 | .12250 | 0 |
| 97 | 91 JD CHISEL PLOW | 8/03/11 | | 12,180 | | | | | | | 12,180 | 9,941 | 150DB HY | 7 | .12250 | 1,492 |
| 102 | ROUND BALE HAULER - 1/2 | 9/10/13 | | 2,263 | | | | 1,132 | | | 1,131 | 1,017 | 150DB HY | 4 | .10160 | 114 |
| 112 | NEW G80 GEARHEAD | 8/11/15 | | 3,350 | | | | 1,675 | | | 1,675 | 499 | 150DB HY | 7 | .15030 | 252 |
| 113 | WATER WELL - ARROW | 11/23/15 | | 1,874 | | | | 937 | | | 937 | 279 | 150DB HY | 7 | .15030 | 141 |
| | TOTAL MACHINERY AND EQUIPME | | | 806,433 | | 0 | 0 | 232,797 | 0 | 0 | 573,636 | 557,348 | | | | 5,692 |
| | MISCELLANEOUS | | | | | | | | | | | | | | | |
| 99 | 3 BULLS | 6/08/12 | | 8,721 | | | | 8,721 | | | 0 | | 150DB HY | 5 | | 0 |
| 100 | 54 BRED HEIFERS | 9/16/13 | VARIOUS | 75,600 | | | | | | | 75,600 | 66,153 | 150DB HY | 5 | .16660 | 6,298 |
| 104 | 34 COWS | 1/17/12 | | 38,297 | | | | | | | 38,297 | 38,297 | 150DB HY | 5 | .08330 | 0 |
| 107 | 1 BULL - SHANE MORG | 3/27/14 | VARIOUS | 2,500 | | | | | | | 2,500 | 2,062 | 150DB MQ | 5 | .16520 | 155 |
| 108 | 2 COWS | 6/17/14 | VARIOUS | 2,800 | | | | | | | 2,800 | 2,243 | 150DB MQ | 5 | .16760 | 176 |
| 109 | 60 HEIFERS | 10/20/14 | VARIOUS | 65,257 | | | | | | | 65,257 | 49,870 | 150DB MQ | 5 | .16400 | 4,013 |
| 116 | 3 BULLS | 2/14/15 | VARIOUS | 9,000 | | | | | | | 9,000 | 6,323 | 150DB HY | 5 | .17850 | 804 |
| 117 | 1 BULL 3 HEIFERS | 7/15/15 | VARIOUS | 8,800 | | | | | | | 8,800 | 6,182 | 150DB HY | 5 | .17850 | 786 |
| 118 | 2 BUFFALO | 7/21/15 | VARIOUS | 4,400 | | | | | | | 4,400 | 3,091 | 150DB HY | 5 | .17850 | 393 |
| 120 | 4 BULLS | 6/08/12 | VARIOUS | 11,629 | | | | | | | 11,629 | 11,629 | 150DB HY | 5 | .08330 | 0 |
| 121 | 4 COWS | 1/17/12 | VARIOUS | 4,506 | | | | | | | 4,506 | 4,506 | 150DB HY | 5 | .08330 | 0 |
| | TOTAL MISCELLANEOUS | | | 231,510 | | 0 | 0 | 8,721 | 0 | 0 | 222,789 | 190,356 | | | | 12,625 |
| | TOTAL DEPRECIATION | | | 2,079,009 | | 0 | 0 | 323,229 | 0 | 0 | 1,755,850 | 1,097,712 | | | | 24,886 |

12/31/17

# 2017 FEDERAL DEPRECIATION SCHEDULE

## GALMOR FAMILY LTD PARTNERSHIP

PAGE 7

27-4132388

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL DEPRECIATION | | | 2,146,587 | | 0 | 0 | 333,197 | 0 | 0 | 1,813,390 | 1,119,065 | | | | 28,089 |
| | DEPRECIATION ASSETS SOLD | | | 529,402 | | 0 | 0 | 0 | 0 | 0 | 529,402 | 475,196 | | | | 13,972 |
| | DEPR REMAINING ASSETS | | | 1,617,185 | | 0 | 0 | 333,197 | 0 | 0 | 1,283,988 | 643,869 | | | | 14,117 |