Kent Ries, Attorney at Law
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, Trustee | § | |
| | § | |
| | § | ADVERSARY NO. 19-2006 |
| | § | |
| THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP AND GALMOR MANAGEMENT, L.L.C., | § | |

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO DECLARE OWNERSHIP OF THE ESTATE IN THE GFLP PROCEEEDS

You are hereby notified that a hearing on Trustee's Motion to Declare Ownership of the Estate in the GFLP proceeds filed in the above-captioned bankruptcy proceeding, is set for hearing at 1:30 p.m. on December 9, 2021, in the J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas 79101.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050

COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2021, a true and correct copy of the above and foregoing document was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below.

Pat Swindell, Attorney for Michael Stephen Galmor
106 S.W. 7th Avenue
Amarillo, Texas
79101

Davor Rukavina, Attorney for Leslie Pritchard
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

Scott Flow, Attorney for Rudas Galmor
Flow Law Firm, PLLC
800 S.W. 9th Ave
Amarillo, Texas 79105

Kenneth Netardus, Attorney for Traci Coleman
Stockard J B & N
1030 N. Western St.
Amarillo, Texas 79106

/s/ Kent Ries
Kent Ries, Trustee