UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 8, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 19-2006** |
| | § | |
| **MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP,** | § § § § § § | |

**Defendants.** § §

**AGREED ORDER APPROVING MOTION TO DECLARE OWNERSHIP OF THE ESTATE IN THE GFLP PROCEEDS**

Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates, filed his Motion to Declare Ownership of the Estate in the GFLP proceeds on October 29, 2021 (the "Motion"). An Objection was filed by Leslie Pritchard. The parties have reached an agreement on the Motion. The Court finds it has jurisdiction over the subject matter of the Motion and approves of the parties agreement to same. It is therefore

**ORDERED ADJUDGED AND DECREED,** that the Compromise and Settlement Agreement described in and attached to the Motion is void to the extent it purports to transfer or allocate the bankruptcy Estate's interest in the various Galmor Trusts, Galmor Family Limited Partnership and/or its corporate general partner to a litigation expense fund or to any other beneficiary or owner of these entities. It is further

**ORDERED ADJUDGED AND DECREED,** that the bankruptcy Estate's interest in the entities described above, if any, shall be determined pursuant to this Court's Agreed Judgement entered in this proceeding on April 24, 2020.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

Agreed:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff

/s/ Pat Swindell
Pat Swindell, Attorney for Michael Stephen Galmor

/s/ Davor Rukavina
Davor Rukavina, Attorney for Leslie Pritchard

/s/ Kenneth Netardus
Kenneth Netardus, Attorney for Traci Coleman

Does not oppose:

/s/ Scott Flow
Scott Flow, Attorney for Rudas Galmor