

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 8, 2021**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-2006 |
| | § | |
| MICHAEL STEPHEN GALMOR, RANDY MARK GALMOR, LESLIE DONNETTE GALMOR PRITCHARD, TRACI MARIE GALMOR COLEMAN and GALMOR FAMILY LIMITED PARTNERSHIP, | § | |

|  | § |
|---|---|
| **Defendants.** | § |

## AGREED ORDER APPROVING MOTION TO DECLARE OWNERSHIP OF THE ESTATE IN THE GFLP PROCEEDS

Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates, filed his Motion to Declare Ownership of the Estate in the GFLP proceeds on October 29, 2021 (the "Motion"). An Objection was filed by Leslie Pritchard. The parties have reached an agreement on the Motion. The Court finds it has jurisdiction over the subject matter of the Motion and approves of the parties agreement to same. It is therefore

**ORDERED ADJUDGED AND DECREED,** that the Compromise and Settlement Agreement described in and attached to the Motion is void to the extent it purports to transfer or allocate the bankruptcy Estate's interest in the various Galmor Trusts, Galmor Family Limited Partnership and/or its corporate general partner to a litigation expense fund or to any other beneficiary or owner of these entities. It is further

**ORDERED ADJUDGED AND DECREED,** that the bankruptcy Estate's interest in the entities described above, if any, shall be determined pursuant to this Court's Agreed Judgement entered in this proceeding on April 24, 2020.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

Agreed:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff


/s/ Pat Swindell
Pat Swindell, Attorney for Michael Stephen Galmor


/s/ Davor Rukavina
Davor Rukavina, Attorney for Leslie Pritchard


/s/ Kenneth Netardus
Kenneth Netardus, Attorney for Traci Coleman



Does not oppose:

/s/ Scott Flow
Scott Flow, Attorney for Rudas Galmor

United States Bankruptcy Court

Northern District of Texas

Ries,
    Plaintiff

Galmor,
    Defendant

Adv. Proc. No. 19-02006-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 2
Date Rcvd: Dec 08, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 08 2021 21:40:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Davor Rukavina | on behalf of Defendant Leslie Donnette Galmor Pritchard drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |
| Davor Rukavina | on behalf of Liquidator Leslie Pritchard drukavina@munsch.com |
| Jeffery D. Carruth | on behalf of Defendant Leslie Donnette Galmor Pritchard jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 08, 2021 | Form ID: pdf001 | Total Noticed: 1 |

Jeffery D. Carruth
    on behalf of Defendant Galmor Family Limited Partnership jcarruth@wkpz.com
    jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeffery D. Carruth
    on behalf of Defendant Traci Marie Galmor Coleman jcarruth@wkpz.com
    jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Kent David Ries
    on behalf of Plaintiff Kent Ries kent@kentries.com

Kevin S. Wiley, Jr.
    on behalf of Creditor Kirby-Smith Machinery  Inc. kevinwiley@lkswjr.com

TOTAL: 8