Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax
COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 19-2006** |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | |
| **RANDY MARK GALMOR, LESLIE** | § | |
| **DONNETTE GALMOR PRITCHARD,** | § | |
| **TRACI MARIE GALMOR COLEMAN** | § | |
| **and GALMOR FAMILY LIMITED** | § | |
| **PARTNERSHIP,** | § | |
| | § | |
| Defendants. | § | |

## MOTION OF KENT RIES FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates ("Trustee"), and court appointed manager to liquidate the real property of the Galmor Family Limited Partnership ("GFLP"), and files this Motion of Kent Ries for Allowance of Compensation and Reimbursement of Expenses, and in support thereof would respectfully show unto the Court as follows:

**I.**
**JURISDICTION**

This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 330 and its retained jurisdiction in this Adversary Proceeding in its Judgement entered April 24, 2020 ("Judgement"). The matter is core pursuant to 28 U.S.C. § 157.

**II.**
**BACKGROUND**

Debtors filed for relief under Chapter 11 of the United States Bankruptcy Code on June 19, 2018 and converted to Chapter 7 on January 8, 2019. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estates.

On August 30, 2019, the Trustee filed this Adversary Proceeding, which was later answered by the Defendants. On April 24, 2020, this Court entered its Agreed Judgment which included provisions for the liquidation of the GFLP. The Trustee was authorized to liquidate the real property of the GFLP and Leslie Pritchard was authorized to liquidate the remainder of the GFLP assets and to act as the GFLP manager for all necessary administrative functions. Paragraph 9 of the Judgement allows the Trustee to request compensation for his actions under the Judgement at the appropriate time.

The Trustee has sold all the known, marketable, real estate of the GFLP. Such sales were notified to all parties in the two bankruptcy cases and in the Adversary Proceeding. The Defendants reviewed the listing prices of all the properties and agreed to same prior to any sales. Further, the Defendants agreed to each sale noticed by the Trustee and reviewed and approved the closing statements before each sale was closed at the title company. There were nine individual sales for the gross sale price of $2,751,267.00 and the net proceeds of $1,742,742.50. Those funds are held at the Herring Bank in Amarillo pending the final resolution of Adversary Proceeding No. 20-2003, which was severed from this Adversary Proceeding in the Judgement. The only use of the net proceeds was from the payment, pursuant to this Court's Order dated June 16, 2021, of $100,000.00 to the Defendant's Counsel's retainer account. The amount of $1,642,742.50 presently resides in the Herring Bank pending further Order of this Court.

Attached hereto and incorporated herein as Exhibit "A" is the statement of the Trustee setting forth the description of services rendered by the Trustee and the time expended in connection with the particular services rendered. These services are considered administrative, and are therefore billed at one-half the usual hourly rate charged by Kent Ries as legal counsel.

Attached hereto and incorporated herein as Exhibit "B" is the statement of the Trustee setting forth the description of services rendered by the Trustee and the time expended in connection with the particular services rendered. These services are considered as legal counsel, and are billed at the usual rate for Kent Ries of $330.00 per hour.

The total of fees based upon the hours expended and hourly rates associated therewith for the period covered by this Motion amounts to $38,643.00. This covers all services provided by Kent Ries relating to the liquidation of the GFLP real estate from the time this Adversary Proceeding was filed through the time of filing this Motion.

During the period covered by this Motion, the Trustee has necessarily incurred expenses in the representation and counsel of the Trustee. Expenses incurred during the period covered by this Motion total $2,470.32. The expenses incurred are detailed in Exhibits "A" and "B" which is attached hereto.

These services were not provided for the direct benefit of either bankruptcy estate. Both bankruptcy estates' have claims against the Defendant, both as a creditor of the Defendants and as an owner of various trusts that in turn own the Defendants. However, the services described in this Motion were provided in this Adversary Proceeding and were directly authorized in the Judgement. These services should be paid from the funds received from liquidation of the GFLP real estate currently being held in the Herring Bank. As a matter of caution, this Motion is being notified to the mailing matrixes in both cases.

### III.
### Evaluation Standards

Pursuant to Section 330(a) of the United States Bankruptcy Code, a Bankruptcy court is required to consider the nature, extent and value of services rendered, taking into account all relevant factors, including various factors enumerated therein. The United States Court of Appeals for the 5th Circuit in *In re First Colonial Corp.*, 544 F.2d 1291 (5h Cir. 1977), and *Johnson vs. Georgia Highway Express*, In., 488 F.2d 714 (5th Cir. 1974), has generated an extensive list of factors to be considered in evaluating compensation to be awarded a professional which is even more exhaustive than the factors to be considered in evaluating compensation to be awarded a professional than the factors listed in Section 330 (a) of the United States Bankruptcy Code. Movant requests that the Court consider the *First Colonial* factors in determining the amount of compensation that is reasonable for the services of Movant in this case:

A.    <u>Time and Labor Required.</u>  Trustee has expended no less than 165.30 hours in the matters during the period covered by this Motion as detailed on Exhibits "A" and "B". Trustee maintains records of the time expended in the rendition of professional services, generally consisting of entries on time sheets by the attorney or paraprofessional performing such services, and retained in that form.

B.    <u>Novelty and Difficulty of Issues.</u>  The level of novelty and difficulty of issues raised in connection with this case were about that normally encountered in a Chapter 7 liquidation proceeding.

C.    <u>Skill Required.</u>  This matter has required a moderate degree of skill from Trustee.

D.    <u>Preclusion of Other Employment by Movant.</u>  This case has not presented an obstacle which has prohibited representation of other bankruptcy and non-bankruptcy clients.

E.    <u>Customary Fees.</u>  The hourly rates charged during the period covered by this Motion have fallen within the following ranges:

| | |
|---|---|
| Non Attorney | $165.00 |
| Attorney | $330.00 |

Such hourly rates are with the range of fees customarily charged by professionals with similar experience in the Northern District of Texas. Trustee has incurred certain out-of-pocket expenses in this case prior to this Motion and has had to absorb other minimal cost for which it cannot seek reimbursement. Travel time has not been expended in performing these services.

F.      Contingent Fees.  At all times, Trustee's compensation has been contingent upon the availability of sufficient funds in the GFLP liquidation and the ultimate determination by this Court of this Motion.

G.      Time Limitations.  Trustee did have to expend a substantial amount of time on a priority basis.

H.      Results Obtained.  During the course of the administration of this Adversary Proceeding, the Trustee timely liquidated the GFLP's real estate assets.

I.      Experience, Reputation and Ability of Movant.  Trustee has represented creditors, Debtors and trustees in liquidation and reorganization proceedings throughout the State of Texas and its neighboring states and enjoys an excellent reputation in all courts in which he practices.

J.      Undesirability of the Case.  This case may be said to be undesirable in that the delay and uncertainly in obtaining full compensation in comparison with other cases is significantly greater and the additional time required in preparing and submitting fee applications in the form and manner required by law.

K.      Awards in Similar Cases.  The compensation requested by Trustee is consistent with compensation awarded in other cases of similar size and complexity in the Northern District of Texas.

## IV.
## REQUEST FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Kent Ries requests that he be allowed final compensation for his fees of $38,643.00 and reimbursement of out-of-pocket expenses necessarily incurred in the amount of $2,470.32 for a total of $41,113.32.

**WHEREFORE, PREMISES CONSIDERED,** Kent Ries, prays that this Court enter an Order (1) allowing the sum of $38,643.00 as compensation to the Trustee during the period covered by this Motion and the amount of $2,470.32 as his actual necessary costs and expenses incurred during this time, for a total amount of $41,113.32 (b) authorizing distribution on account of said fees and expenses of $41,113.32 from the GFLP account at the Herring Bank and (c) for such other relief, at law or in equity, to which Trustee may show himself justly entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By:   /s/ Kent Ries
     Kent Ries
     State Bar No. 16914050

COUNSEL FOR TRUSTEE

## IMPORTANT NOTICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST FIFTH AVENUE, ROOM 201D, AMARILLO, TEXAS 79101, BEFORE 4:00 O'CLOCK P.M. ON MARCH 8, 2022, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE**

**COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of February, 2022, a true and correct copy of the foregoing Motion was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed on the attached matrix.


 /s/ Kent Ries
Kent Ries

205 East Fifth Street, Room 201D
Amarillo, TX 79101-1559

AEG Petroleum LLC
P.O. Box 1003
Amarillo, TX 79105-1003

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Assiter & Associates, LLC
16650 Interstate 27
Canyon, TX 79015-6157

Caterpillar Financial Services
Corp
2120 West End Avenue
Nashville, TN 37203-5341

Caterpillar Financial Services
Corporation
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

Clay P. Booth
102 East Thatcher Street
Edmond, OK 73034-3662

Deere & Company and Deere Credit,
Inc.
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY
DEPARTMENT
PO BOX 6600
JOHNSTON, IA 50131-6600

First State Bank of Mobeetie
c/o Reuben L. Hancock, P.C.
7480 Golden Pond Pl., Ste. 200
Amarillo, TX 79121-1964

First State Bank of Mobeetie
P.O. Box 8
Mobeetie, TX 79061-0008

First State Bank of Mobeetie
P.O. Box 3
Mobeetie, TX 79061-0003

Flamm Walton Heimbach Lamm, P.C.
Attn: Eric Atherholt
794 Penllyn Pike, Ste. 100
Blue Bell, PA 19422-1669

Galmor Family Trust
P.O. Box 349
Shamrock, TX 79079-0349

Great Plains Bank
c/o Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Great Plains Bank
2017 W. Third
P O Box 488
Elk City, OK 73648-0488

Great Plains National Bank
P.O. Box 488
Elk City, OK 73648-0488

Hall Estill Hardwick Gable and
Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8808

Happy State Bank
Co. C. Jared Knight
701 S. Taylor , Suite 324
Amarillo, TX 79101-2417

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

Jerry D. McLaughlin
P.O. Box 9375
Amarillo, TX 79105-9375

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215

Kent David Ries
2700 S. Western Street
Suite 300
Amarillo, TX 79109-1536

Kirby Smith Machinery, Inc.
6715 West Reno Avenue
Oklahoma City, OK 73127-6590

Kirby-Smith Machinery, Inc.
c/o Hicks Law Group
325 N. St. Paul Street, Suite 4400
Dallas, TX 75201-3880

Kubota Credit Corporation
PO Box 9013
Addison, TX 75001-9013

Leslie Pritchard
c/o YOUNG & NEWSOM, P.C.
1001 S. Harrison, Suite 200
Amarillo, TX 79101-3434

Lovelady, Christy & Associates
801 S. Fillmore, Ste. 420
Amarillo, TX 79101-3520

McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401-3093

Melvin Gene Payne Estate
199 W. 2nd Street
Shamrock, TX 79079

Michael Stephen Galmor
P.O. Box 349
Shamrock, TX 79079-0349

Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City, OK 73194-0001

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma Tax Commission, OK 73102-8601

Patrick Alan Swindell
Swindell Law Firm
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102-2276

PNC Equipment Finance, LLC
J. Eric Atherholt/Flamm Walton
Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669

PNC Financial, LLC
655 Business Center Dr., Ste. 250
Horsham, PA 19044-3448

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Sprouse Shrader Smith
P.O. Box 15008
Amarillo, TX 79105-5008

Stewart R. Werner
LAW OFFICES OF STEWART R. WERNER
801 S. Fillmore, Ste. 720
Amarillo, TX 79101-3545

Synchrony Bank
c/o PRA Receivables Management,
LLC
PO Box 41021
Norfolk, VA 23541-1021

Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530-0001

U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401-4029

Underwood Law
P.O. Box 9158
Amarillo, TX 79105-9158

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wells Fargo Equipment Finance
600 South 4th St., MAC N9300-100
Minneapolis, MN 55415-1526

Wheeler County
c/o Perdue Brandon Fielder Collins
& Mot
PO Box 9132
Amarillo, TX 79105-9132

Wheeler County Tax Office
P.O. Box 1060
Wheeler, TX 79096-1060

205 East Fifth Street, Room 201D
Amarillo, TX 79101-1559

A Rental Company
4901 E Main Street
Weatherford, OK 73096-9548

Advanced Water Solutions
1509 S Van Buren St.
Enid, OK 73703-7857

AEG Petroleum LLC
P.O. Box 1003
Amarillo, TX 79105-1003

AIRGAS USA LLC
110 West 7th St.
Suite 1400
Tulsa, OK 74119-1077

Albert Brothers
115 6th St.
Elk CIty, OK 73644-5760

Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Apex Remington, Inc.
13505 E 61st Street
Suite A
Broken Arrow, OK 74012-1295

Assiter & Associates, LLC
16650 Interstate 27
Canyon, TX 79015-6157

AT&T
P.O. Box 105414
Atlanta, GA 30348-5414

Barber & Bartz
525 South Main Street, Suite 800
Tulsa, OK 74103-4511

Barber Dyson Ford
P.O. Box 743
Elk City, OK 73648-0743

Beaver Express Services, LLC
PO Box 1168
Woodward, OK 73802-1168

Beckham County Treasurer
P.O. Box 600
Sayre, OK 73662-0600

Camrock Quality
P.O. Box 2407
Elk City, OK 73648-2407

Canyon Oilfield Services
11552 S Hwy 6
Elk City, OK 73644-9722

Caterpillar Financial Services
Corporation
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

Centergas Fuels, Inc.
P.O. Box 2603
Pampa, TX 79066-2603

Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025

CMI Drug Testing
6704 Guada Coma
Shertz, TX 78154-3247

CMT Engineering Inc.
P.O. Box 1786
Dripping Springs, TX 78620-1786

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division
MC-008
Austin, TX 78711-2548

Crossroads
1627 North Main St.
Shamrock, TX 79079-1600

Culligan Water Conditioning
P.O. Box 1597
Pampa, TX 79066-1597

Culver Electric LLC
P.O. Box 427
Elk City, OK 73648-0427

David W. Bank, M.D.
P.O. Box 528
Elk City, OK 73648-0528

Dennis J. Hefley
15400 County Road EE
Briscoe, TX 79011-3231

Dickey Oilfield Sales Company
2211 Hwy 79 South
Wichita Falls, TX 76310-7962

Distribution Now
P.O. Box 200822
Dallas, TX 75320-0822

DJ's Rental
911 South Main Street
Elk City, OK 73644-6707

DNOW LP
7402 N. Eldridge Pkwy
Houston, TX 77041-1902

Dolese Bros. Co.
P.O. Box 960144
Oklahoma City, OK 73196-0144

Double H Oil Tools, Inc.
P.O. Box 2473
Pampa, TX 79066-2473

Doug Gray Ford, Inc.
P.O. Box 485
Sayre, OK 73662-0485

Enterprise
P.O. Box 800089
Kansas City, MO 64180-0089

Floyd CAD
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

Floyd County Appraisal District
P.O. Box 249
Floydada, TX 79235-0249

Galmor FLP
6994 US HWY 83
Shamrock, TX 79079-4129

Galmor's/G&G Steam Service, Inc.
P.O. Box 349
Shamrock, TX 79079-0349

GR Energy Services
2150 Town Square Place
Suite 410
Sugar Land, TX 77479-1465

Great Plains Bank
c/o Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Great Plains Pest Control
P.O. Box 192
Lefors, TX 79054-0192

H.J. Garrison Oil Company
P.O. Box 231
Shamrock, TX 79079-0231

Happy State Bank & Trust Co.
Co. C. Jared Knight
701 S Taylor Suite 324
Amarillo, TX 79101-2417

Harbison Fischer Manufacturing
P.O. Box 731403
Dallas, TX 75373-1403

Harbison Fischer Manufacturing
Company
901 N. Crowley Rd.
Crowley, TX 76036-3798

Innovative Technology
P.O. Box 726
Elk City, OK 73648-0726

Interbank
P.O. Box 1049
Elk City, OK 73648-1049

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
1100 COMMERCE ST.
DALLAS, TX 75242

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY, NJ 07302-3836

IRS
P.O. Box 802501
Cincinnati, OH 45280-2501

Janning Welding
918 N. Van Buren
Elk City, OK 73644-2916

Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahomna City, OK 73105-3321

Jerry D. McLaughlin
P.O. Box 9375
Amarillo, TX 79105-9375

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215

Jones Passodelis
Gulf Tower-Suite 3410
707 Grant Street
Pittsburgh, PA 15219-1931

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE, LA 71203-4774

JWD Internation Marketing, Inc.
P.O. Box 1000
Skiatook, OK 74070-5000

Kent David Ries
2700 S. Western Street
Suite 300
Amarillo, TX 79109-1536

Kirby-Smith Machinery, Inc.
c/o Hicks Law Group PLLC
325 N. St. Paul Street, Suite 4400
Dallas, TX 75201-3880

Kubota Credit
P.O. Box 0559
Carol Stream, IL 60132-0559

Lease Consultants Corporation
P.O. Box 71397
Des Moines, IA 50325-0397

Leslie Pritchard
c/o YOUNG & NEWSOM, P.C.
1001 S. Harrison, Suite 200
Amarillo, TX 79101-3434

Lindley Equipment
P.O. Box 457
Cordell, OK 73632-0457

Lovelady, Christy & Associates
801 S. Fillmore, Ste. 420
Amarillo, TX 79101-3520

M. B. McKee Company, Inc.
2205 Avenue #
Lubbock, TX 79404-1032

M.B. McKee Co., Inc.
2205 Avenue E
Lubbock, TX 79404-1032

Marshall Discount Auto
P.O. Box 451
Wheeler, TX 79096-0451

Martins Air Conditioning
2116 W. 20th St.
Elk City, OK 73644-9206

McLemore Sand & Top Soil
11157 N. 1930 Road
Sayre, OK 73662-6040

Mine Safety & Health
Administration
P.O. Box 790390
St. Louis, MO 63179-0390

NAPA Auto Parts
716 West 3rd St.
Elk City, OK 73644-5208

NCW Insurance
P.O. Box 506
Amarillo, TX 79105-0506

Nesmith Propane
3502 West 3rd Street
Elk City, OK 73644-4335

Oklahoma Employment Security
Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Tax Commision
P.O. Box 26930
Oklahoma City, OK 73126-0930

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma City, OK 73102-8601

P K & Company PLLC
P.O. Box 1728
Elk City, OK 73648-1728

Patrick Alan Swindell
Swindell Law Firm
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102-2276

PaveTex Engineering, LLC, dba
PaveTex
12804 County Road 2500
Lubbock, TX 79404-8329

PNC Equipment Finance, LLC
J. Eric Atherholt/Flamm Walton
Heimbach
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422-1669

Powerscreen Texas, Inc.
5680 W. State Swy 71,
Box 658
La Grange, TX 78945-0658

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Ryan Construction
9500 County Road 270
Zephyr, TX 76890-3312

Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Silver Arc Welding
P.O. Box 3366
Enid, OK 73702-3366

Skinner Bros. Company
P.O. Box 21228
Dept 9
Tulsa, OK 74121-1228

Steve's Diesel & Truck Service
P.O. Box 166
Elk City, OK 73648-0166

T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

Teddy's Glass
515 N Van Buren
Elk City, OK 73644-4260

Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
Jason Starks, Asst. Attorney Gen.
c/o Sherri K. Simpson, Paralegal
Austin, TX 78711-2548

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION -
SAU
101 EAST 15TH STREET, ROOM 556
AUSTIN, TX 78778-0001

Thru Tubing Solutions
8032 Main St
Houma, LA 70360-4428

Treasurer of Beckham County,
Oklahoma
P.O. Box 276
Cheyenne, OK 73628-0276

Triple D Services
203 N Houston
Shamrock, TX 79079-2319

Troy Jones Equipment
1203 S Main St
Elk City, OK 73644-6911

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530-0001

U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401-4029

Unifirst Corp.
4210 S.E. 22nd Street
Amarillo, TX 79103-6204

United Healthcare
P.O. Box 94017
Palatine, IL 60094-4017

United Life Insurance Co.
P.O. Box 142153
Overland Park, KS 66225-5326

United Rentals
P.O. Box 840514
Dallas, TX 75284-0514

United Rentals
Attn: Mike Dowden
6125 Lakeview Road #300
Charlotte, NC 28269-2616

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

UnitedHealthcare Insurance Company
ATTN: CDM - Bankruptcy
185 Asylum Street
Hartford, CT 06103-3408

Warren CAT
P.O. Box 842116
Dallas, TX 75284-2116

WB Supply
P.O. Box 206620
Dallas, TX 75320-6620

Weldon Parts
1100 S. Main St.
Elk City, OK 73644-6916

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Business Line
P.O. Box 51174
Los Angeles, CA 90051-5474

Wells Fargo Equipment Finance
NW 8178
P.O. Box 1450
Minneapolis, MN 55485-5934

Wells Fargo Equipment Finance
Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

Wells Fargo Vendor Financial
Services, LLC
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247

Western Equipment
404 Frisco Avenue
Clinton, OK 73601-3440

Wheeler County
c/o Perdue Brandon Fielder Collins
& Mot
PO Box 9132
Amarillo, TX 79105-9132

Yow Automotive
221 S. Jefferson
Elk City, OK 73644-5737

Zee Medical
13 NW 132nd Street
Oklahoma City, OK 73114-2318

Exhibit A

**Kent Ries, Attorney at Law**
2700 s. Western Street
Suite 300
Amarillo, TX 79109

February 14, 2022

(806) 242-7437
TIN: 41-2046483

| | | | File #: | 8082-612 |
|---|---|---|---|---|
| Re: | Galmor Family Limited Partnership | | Invoice #: | 29455 |
| | Adv. #19-2006 | | | |

### Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/16/2019 | KR | Telephone call from Lewis Whitaker and email to Pat Swindell on information needed to sell FLP real estate; Review and reply to emails from Ruben Hancock on FLP and case real estate sales status and on new buyer; | 0.70 | 231.00 |
| 12/17/2019 | KR | Emails with Ruben Hancock on real estate sale and debt; | 0.20 | 66.00 |
| 12/18/2019 | KR | Emails from Pat Swindell on FLP sales, emails and telephone call with Lewis Whitaker on same; Telephone call from Ryan Rickles at Asiters on real estate sales; | 1.10 | 363.00 |
| 12/19/2019 | KR | Emails with Ruben Hancock on legal fees and debt amounts on real estate; Emails with Lee Whitaker on real estate sales; | 0.70 | 231.00 |
| 12/20/2019 | KR | Meeting with Ryan Rickles and Lila Monden on auction all real estate; Telephone call from Lewis Whitaker on sale and inspection of FLP property; Emails with Rueben Hancock on same; Emails with Jeff Carruth and Jeremi Young on sale status; | 0.70 | 231.00 |
| 12/26/2019 | KR | Email to Whitaker Real Estate on real estate list to sell from FLP; | 0.20 | 66.00 |
| 12/27/2019 | KR | Emails with Lewis Whitaker on real estate to liquitdate; | 0.20 | 66.00 |
| 1/6/2020 | KR | Telephone call from Lewis Whitaker on real estate inspections and pricing; Email to counsel on order status; | 0.40 | 132.00 |
| 1/20/2020 | KR | Telephone call from Mitch Carthel on FLP buyers; | 0.30 | 99.00 |
| 1/22/2020 | KR | Telephone call from Lewis Whitaker on disclosures in sales contract; | 0.30 | 99.00 |
| 5/6/2020 | KR | Telephone call with Lewis Whitaker on listing prices; | 0.50 | 165.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/7/2020 | KR | Telephone call and meeting with Lewis Whitaker on listing agreements; | 0.30 | 99.00 |
| 5/9/2020 | KR | Review listing agreement letters from Lewis Whitaker and set up files for all 8 tracts; | 1.00 | 330.00 |
| 5/11/2020 | KR | Review files on real estate to be sold, emails with Pat Swindell and Davor Rukavina on same; | 0.40 | 132.00 |
| 5/28/2020 | KR | Review and complete property tax protest form; Email to Lewis Whitaker on same and sale prices/Pat Swindell email to get listing agreement finalized; Telephone call from Lewis on same and listing prices; Draft and file tax protest; Emails with Lewis on amended prices; | 2.30 | 759.00 |
| 5/29/2020 | KR | Email and telephone call from Lewis Whitaker on prices in listing agreement; Review changes to listings; | 0.30 | 99.00 |
| 6/8/2020 | KR | Emails with Lewis, review and sign all listing agreements to sell real estate; Telephone call from Lewis and meeting with same; | 2.60 | 858.00 |
| 6/10/2020 | KR | Telephone call with Terry Dickerson on opening an account at Herring National Bank, email to same; | 0.40 | 132.00 |
| 6/11/2020 | KR | Telephone call from Chalone Hefly at title company and emails with same on agreed judgment and closing issues; Telephone call with Lewis Whitaker on selling 2 properties; | 0.50 | 165.00 |
| 6/15/2020 | KR | Telephone call from Lewis Whitaker on multiple contract offers; Meeting with Lewis on same; | 1.30 | 429.00 |
| 6/16/2020 | KR | Telephone call from Lewis Whitaker on sale contracts; Telephone call from Chris at Herring Bank on account; | 0.20 | 66.00 |
| 6/17/2020 | KR | Review and sign Barn and Flats sales contracts; Telephone call and meeting with Lewis Whitaker on same; Review title opinions on same; Emails to Joe Lovell, John Hinders and Reuben Hancock on lein/debts; | 2.40 | 792.00 |
| 6/18/2020 | KR | Emails with John Hinders on Flats lien and legal with Joe Lovell on lien; | 0.30 | 99.00 |
| 6/22/2020 | KR | Review title company emails with contracts and revised commitments on Flats and Barn Place, compare revised commitments; | 1.30 | 429.00 |
| 6/23/2020 | KR | Telephone call and emails with Lee and Lewis Whitaker on contract disputes with Leslie Pritchard; Email to Terry Dickerson on bank account information needed; Review North Place contract and email to Lewis Whitaker on counter offer; | 1.40 | 462.00 |
| 6/24/2020 | KR | Review Pitcock title; Email title company with questions on litigation; Email and telephone call with Lewis Whitaker on status of Flats and Turnbow contracts with multiple buyers and Oldham contract; Telephone call with Lewis on Pitcock offer and counter; | 2.10 | 693.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/25/2020 | KR | Emails from Chalone at title company on Pitcock exemption for Pritchard litigation; Telephone call from Chalone on Capital Farm Credit; Telephone call from Lewis Whitaker on new offers; Review multiple amended title commitments from Shelton Title; | 1.30 | 429.00 |
| 6/26/2020 | KR | Emails with Chalone on Barn Place agreed judgment and Turn Bow commitment; Calculate First State Bank of Mobeetie claim from agreed judgment and Judge and email from Reuben Hancock; Telephone call from Lewis Whitaker on Dallas buyer's new offer; | 1.00 | 330.00 |
| 7/6/2020 | KR | Emails and telephone call from Lewis Whitaker on new contracts; | 0.60 | 198.00 |
| 7/7/2020 | KR | Telephone call with Joe Lovell on payoff of lien from sale of real estate; | 0.40 | 132.00 |
| 7/9/2020 | KR | Telephone call from John Massouh on Herring bank account; Review and sign two Oldham contracts; Review and sign release of Flats contract; Review and sign contracts for North Place, Pitcock and Bradley; | 1.90 | 627.00 |
| 7/10/2020 | KR | Review all contracts and email to Davor Rukavina; Telephone call with Lewis Whitaker on same; | 0.50 | 165.00 |
| 7/13/2020 | KR | Review title commitment on Bradley Place and other emails and documents from title company on Pitcock, North Place and Bradley Place; | 0.70 | 231.00 |
| 7/14/2020 | KR | Emails with Chalone on release of Flats contract with Buckingham; | 0.20 | 66.00 |
| 7/16/2020 | KR | Telephone call from Lewis Whitaker on new offers; | 0.50 | 165.00 |
| 7/20/2020 | KR | Telephone call from Clifton Morgan on Bradley Place contract; | 0.20 | 66.00 |
| 7/21/2020 | KR | Telephone call with Terry Dickerson on new account for GFLP; | 0.20 | 66.00 |
| 7/23/2020 | KR | Meeting with Lewis Whitaker on competing offer on Turnbow; | 0.30 | 99.00 |
| 7/25/2020 | KR | Email to Lynn Tate on overbid of Turnbow property; | 0.30 | 99.00 |
| 7/27/2020 | KR | Telephone call and email from Lewis Whitaker on Craigslist ads; Telephone call from Lewis on counter offer on Flats; | 0.60 | 198.00 |
| 7/28/2020 | KR | Meeting with Lewis Whitaker on increased bid on Flats; Email Lynn Tate on same; | 0.60 | 198.00 |
| 7/31/2020 | KR | Review order on Barn and Mobeetie; Meeting and telephone call with Lewis Whitaker on same and affidavit; email to title company on same; | 1.00 | 330.00 |
| 8/3/2020 | KR | Telephone call from Chalone on closing sequence with order; Telephone call from Jerry Rehwald on Flats auction and Bradley counter offer; Review counter offer from same and telephone call from Lewis on same; Review competing bids on Flats and email to Whitaker on contract conditions for cash offer; Telephone call from Lewis Whitaker and emails with Chalone on buyers affidavits; Multiple emails with Chalone and Lovell firm on payoff; Email to Davor on all lien payoffs; | 3.90 | 1,287.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/4/2020 | KR | Review and reply to Lewis Whitaker on auction process; Telephone call from Clifton Morgan on Bradley Place auction; Email from Chalone on Barn Place deed; Review all closing documents and payoffs on Barn Place and email to Chalone and Davor on same; | 1.50 | 495.00 |
| 8/5/2020 | KR | Review email from broker on auction; Organize files for same; Email to Lynn Tate for both Oldham auctions; Email to Lewis Whitaker on auction schedule; Emails with Davor Rukavina on liens to be paid at Barn Place closing and auction; Review emails from Chalone on Mobeetie closing, reply to same; | 1.80 | 594.00 |
| 8/6/2020 | KR | Emails and telephone calls with AT&T on conference call for tomorrow auctions; Email to all parties on bidding procedures for the auction; Emails from Jeremy Rehwald.; Telephone calls from Lewis Whitaker; Prepare for auction; Review and reply to Chalone email on Barn Place closing; Sign certificate on same and send closing documents to title company; | 2.60 | 858.00 |
| 8/7/2020 | KR | Telephone call from Lewis Whitaker on Barn Place closing; Attend auction on Flats and Turnbow; Return checks to Billy Brockingham; Email on Flats to Lewis and Jeremy Rehwald on new deal for Flats; Emails with Davor on auction results an orders; Attend Bradley auction; Review offer from Wimberly on Emmer and counter same; Review buyer change of Flats to Jeremy Rehwald. | 2.50 | 825.00 |
| 8/9/2020 | KR | Emails with Davor on five orders; Email with Lewis on Emmert counter offer; Review Mobeetie closing documents and send to title company; Review and sign Rehwald contract for Flats at $606,000.00; Email to Lewis and Jeremy on same; | 1.20 | 396.00 |
| 8/10/2020 | KR | Telephone call from Lewis Whitaker on Barn closing; Emails from Chalone and review closing documents; Email to Terry Dickerson on deposit and checks; Review lien release from Lovell firm; Emails with title company on Great Plains Bank/Leslie Pritchard lien; Email to Davor on same; | 1.40 | 462.00 |
| 8/11/2020 | KR | Emails from Reuben Hancock and with Chalone at title company on Happy State Bank payoff; Email from Davor on closing statements and reply to same; Email from Chalone on Flats contract with Jerem Rehwald; | 1.20 | 396.00 |
| 8/12/2020 | KR | Review and reply to Chalone email on Flats earnest money and contract terms; Review title commitment on Flats redone acreage of 425 acres; Review email from Mitch Carthel on lease refund of Pitcock Place and reply to same; | 2.10 | 693.00 |
| 8/14/2020 | KR | Emails from Chalone at title company on future closings and Great Plains lien; Emails with Davor Rukavina on same; Telephone call from Lewis Whitaker on closing schedule; Emails with Mitch Carthel on Pitcock lease refund; Review Mobeetie closing documents and process sale funds; | 1.60 | 528.00 |
| 8/17/2020 | KR | Telephone call and emails from Chalone on North Place closing, review closing documents on same; Telephone call with Chalone on Leslie loan assignment and payoff and on closing dates for next five; Review files for closing information; Emails with George Adams on bank account bond and email to Davor Rukavina on same; Review title commitments on liens outstanding; Emails from Mitch Carthel on Pitcock lease refund; review and sign all North Place deeds and closing documents; Email with Chalone on same; | 2.80 | 924.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/18/2020 | KR | Review and reply to Lewis Whitaker email on Turnbow/Cabbiness affidavit; Review email from Lewis and Chalone on Flats deed; Review and email to Davor all the Mobeetie closing documents; Send North Place documents to title company and prepare to close; Emails with buyer and title company on Pitcock closing; | 2.30 | 759.00 |
| 8/19/2020 | KR | Review closing documents on Pitcock sale and emails with Chalone and Davor on same and Weatherly lease reimbursement; Sign closing documents from title company and email Chalone on closing date; Email to Chalone with certificate of no objection to close North Place; Telephone call from George Adams on bond; | 1.30 | 429.00 |
| 8/21/2020 | KR | Email to Davor on closing; Redo Pitcock closing documents and send to title company; Emails from George Adams on bond; Email from Jeremy Rehwald on closing Flats; Email to Mitch Carthel; Telephone call from Lewis Whitaker on closing status and Jeremy Rehwald offer on Emmett; Email from Mitch Carthel on Weatherly lease; Review and process closing funds on North and email to Chalone on closing documents; | 1.60 | 528.00 |
| 8/31/2020 | KR | Reply to Wheeler County Appraisal District on sale price; Review bank account and deposits; Email to Davor and Thomas on Pritchard payoff; Email to Davor and Mitch Carthel on lease payoff for Pitcock; Email to Chalone on North Place documents; Emails with Davor on bank bond; | 2.50 | 825.00 |
| 9/1/2020 | KR | Review email from Chalone and Davor on Pitcock closing and reply to same with certificate; Telephone call from Chalone on Pitcock closing; Email from Lewis Whitaker on Emmert offer and reply to same; Review past statements from John Hinders on Great Plains Bank debt; Email with Jon on same; Review, sign and return to title company the Pitcock Loan documents, email to Chalone on same; | 3.50 | 1,155.00 |
| 9/2/2020 | KR | Review Pitcock closing documents; Review bank statements and email to Davor; Emails with Davor on his clients payoff; Review updated title commitments from Chalone on Turnbow & Bradley; | 1.40 | 462.00 |
| 9/4/2020 | KR | Telephone call from Jeremy Rehwald on Flats and Pitcock closings; | 0.30 | 99.00 |
| 9/6/2020 | KR | Review refund of recording fine from title company; Review emails from Mitch Carthel and title company on deed and easement agreement; Review Pritchard payoff documents and Great Plains documents on same; Email to Davor on payoff to his client and to title company on future closing; | 1.00 | 330.00 |
| 9/8/2020 | KR | Review and reply to emails from Chalone on remaining closings; Multiple emails from Chalone and Davor on Pritchard payoff and release of lien; Email from Chalone on Pitcock closing delay; Emails with Davor and Chalone on new closings and payoff to Pritchard; | 1.10 | 363.00 |
| 9/9/2020 | KR | Emails from Chalone on closing set for next week and with Davor on Pritchard release; | 0.30 | 99.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/14/2020 | KR | Email from Davor on Lovell payoff and reply with closing documents on same; Review and sign closing documents for Turnbow and Bradley; Emails with Chalone on Flats documents; Multiple emails with Chalone and Davor on closings; | 3.40 | 1,122.00 |
| 9/15/2020 | KR | Review and sign Turnbow closing documents; Review Pritchard payoff from prior documents and Turnbow/Bradley closings; Review Pritchard release of lien from title company; Review closed/recorded file documents on Pitcock; Emails to Chalone on closing set for Friday; Telephone call with Jeremi Young on closings and Leslie Pritchard payoff; | 3.20 | 1,056.00 |
| 9/16/2020 | KR | Review and sign Flats closing documents and email to Chalone on same; Review recorded releases from First State Bank and Lovell from title company; | 0.60 | 198.00 |
| 9/18/2020 | KR | Review emails and signed closing documents on Turnbow and Bradley; Telephone call from Chalone at title company ; Review emails and payoff and release with Leslie Pritchard; | 2.00 | 660.00 |
| 9/21/2020 | KR | Process closing proceeds on Turnbow and Bradley real estate; Email with Chalone on Flats closing; Review documents from her on same; | 1.00 | 330.00 |
| 10/7/2020 | KR | Review  multiple emails from Jeremy Rehwald, Lee and Lewis Whitaker and Chalone on Emmert offer and title opinion; Review emails from Chalone and Davor on Leslie Pritchard release; | 0.50 | 165.00 |
| 10/9/2020 | KR | Emails with Lewis Whitaker and Jeremy Rehwald on sale agreement; | 0.40 | 132.00 |
| 10/22/2020 | KR | Emails from Lewis Whitaker and reply to same on Emmert sale and auction; | 0.30 | 99.00 |
| 10/30/2020 | KR | Emails from Chalone at title company and Davor on Pritchard release of lien, review same; Email to Davor on Emmert order; Emails with Chalone and Lewis Whitaker and buyer on Emmert issues; | 1.00 | 330.00 |
| 10/31/2020 | KR | Email from Davor on Emmert sale; Email to Chalone at title company and other parties on same and closings; | 0.40 | 132.00 |
| 11/4/2020 | KR | Emails and telephone call with Lewis Whitaker on Emmert bids and closing issues and 132 acre tract to sell; | 0.60 | 198.00 |
| 11/11/2020 | KR | Telephone call from Lewis Whitaker on Emmert survey and extra acreage, also on Pit listing agreement; Emails from Jeremy Rehwald and Chalone H. on Emmert closing; | 0.80 | 264.00 |
| 11/12/2020 | KR | Review order to sell Emmert; Email same to title company and related parties; Review and sign listing agreement on the Flats pit with Lewis Whitaker; Email to Davor Rukavina on same; | 0.50 | 165.00 |
| 11/13/2020 | KR | Telephone call and meeting with Lewis Whitaker on sale of Flats pit; | 0.20 | 66.00 |
| 11/23/2020 | KR | Emails from Chalone and with Davor on Emmert affidavit; | 0.30 | 99.00 |
| 11/24/2020 | KR | Telephone call and meeting with Lewis Whitaker on sale of Flats/rock; | 0.30 | 99.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/3/2020 | KR | Emails with Davor Rukavina on sheriff sale; Emails with Chalone at title company on closing Emmert; | 0.60 | 198.00 |
| 12/8/2020 | KR | Review multiple emails from Jeremy Rehwald and Chalone Heffley on Emmert closing; Review and sign closing documents; | 2.00 | 660.00 |
| 12/11/2020 | KR | Review motion to sell Pit Place and email to broker on same with bid deadline; | 0.80 | 264.00 |
| 12/14/2020 | KR | Email from Lewis Whitaker on buyers for Pit Place; | 0.20 | 66.00 |
| 12/16/2020 | KR | Emails with Chalone Hefly on closings; Review Emmert funds and process sale; | 0.50 | 165.00 |
| 12/18/2020 | KR | Review title committment on Pit Place from Chalone Hefly, reply back; | 0.60 | 198.00 |
| 1/6/2021 | KR | Telephone call from Lewis Whitaker on Pit Place sale objection; | 0.30 | 99.00 |
| 1/19/2021 | KR | Review order on Pit Place sale and email from Lewis Whitaker on same; Email to all on closings; | 0.50 | 165.00 |
| 1/22/2021 | KR | Emails from Chalone Hefly on closing gravel pit; Review closing documents and reply; | 0.50 | 165.00 |
| 1/25/2021 | KR | Review emal and revised settlement statement from Chalone Hefley on Pit Place; | 0.20 | 66.00 |
| 1/26/2021 | KR | Review and sign all closing documents on gravel pit sale; | 0.90 | 297.00 |
| 1/27/2021 | KR | Review and reply to Chalone on Pit Place closing; Finalize and send closing documents to her on Pit; | 0.60 | 198.00 |
| 2/3/2021 | KR | Review funds from Pit closing and close all real estate files for GFLP; | 0.30 | 99.00 |
| 2/24/2021 | KR | Telephone call and emails from Chalone on Pit closing and taxes missed at closing; Write check for same; | 0.50 | 165.00 |
| 3/1/2021 | KR | Process refund of Court costs on Pit Place; | 0.20 | 66.00 |
| 3/11/2021 | KR | Emails from Chalone at title company on 2020 tax receipt and corrected warranty deed for Pit Place, sign and mail same; | 0.20 | 66.00 |
| 6/15/2021 | KR | Email to Lewis Whitaker on GFLP Trust real estate values. | 0.30 | 99.00 |
| 6/17/2021 | KR | Phone call with Lewis Whitaker on trust real estate value and title issues. | 0.30 | 99.00 |
| 6/28/2021 | KR | Review email with Lewis Whitaker on Donley County Trust real estate; reply to same; Email to Davor Rukovina. | 0.80 | 264.00 |
| 7/16/2021 | KR | Phone call with Lewis Whitaker and review email with same on Wheeler County real estate owned by Trusts. | 0.30 | 99.00 |

**For professional services rendered**                                                    96.40 $31,812.00

**Expenses:**

|  |  | Amount |
|---|---|---|
| 9/15/2020 | AT&T Telephone conference on auction; | 20.72 |
|  | **Total expenses** | **$20.72** |
|  | **Total amount of this bill** | **$31,832.72** |
| 2/14/2022 | Credit for hourly rate reduction | ($15,906.00) |
|  | **Total payments and adjustments** | **($15,906.00)** |
|  | **Balance due** | **$15,926.72** |

Exhibit B

**Kent Ries, Attorney at Law**
2700 s. Western Street
Suite 300
Amarillo, TX 79109

**February 14, 2022**

(806) 242-7437
TIN: 41-2046483

| | | File #: | 8083-612 |
| --- | --- | --- | --- |
| Re: | Galmor Family Limited Partnership | Invoice #: | 29456 |
| | Adv. #19-2006 | | |

<u>**Professional services**</u>

| | | | Hours | Amount |
| --- | --- | --- | --- | --- |
| 4/28/2020 | KR | Telephone call with Lewis Whitaker on sales issues with Agreed Judgment; Review and sign Farm Service Agency release; Outline Agreed Judgment procedures for sale of real estate; Email to Shephen McKitt on sale proceeds and bank accounts; | 1.20 | 396.00 |
| 4/30/2020 | KR | Telephone call from Lewis Whitaker on listing agreement questions; | 0.80 | 264.00 |
| 5/14/2020 | KR | Email to Davor Rukavina and Pat Swindell on listing agreement; Review and correct prior time sheets; Review Stephen McKitt's email on bank accounts; Emails from Davor Rukavina and telephone call from Lewis Whitaker; | 1.30 | 429.00 |
| 6/1/2020 | KR | Emails and notice from Wheeler County on tax protest; | 0.40 | 132.00 |
| 6/5/2020 | KR | Telephone call from Lewis Whitaker on listing agreements; Email to Davor Rukavina on amendment to listing agreement; | 0.50 | 165.00 |
| 6/8/2020 | KR | Draft protest, assemble supporting documents and draft affidavit for tax protest; | 1.60 | 528.00 |
| 6/9/2020 | KR | Review and send affidavit to Wheeler County on tax protest; Emails from Lewis Whitaker on same; | 1.40 | 462.00 |
| 6/10/2020 | KR | Draft motion to sell Mobeetie 100 acre tract; | 0.60 | 198.00 |
| 6/11/2020 | KR | Revise motion to sell Mobeetie property, emails to Davor Rukavina on same and to Shelton title company on deed issue; | 1.80 | 594.00 |
| 6/22/2020 | KR | Telephone call from Jim Shelton on title company policy issues, Agreed Judgment, release of Lis Pendens and abstract of judgments avoided in G&G case; review letter from Lynn Tate and email to Davor Rukavina on his client position of closing contract Leslie Pritchard signed; | 1.00 | 330.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/23/2020 | KR | Prepare for and attend property tax protest hearing; Review Mobeetie and Barn sale motions and orders; | 4.00 | 1,320.00 |
| 6/24/2020 | KR | Revise and file motion to sell Barn Place and Mobeetie real estate; Revise orders on same; Review title commitment for Mobeetie and revise motion with correct legal description; Email with title company on documents to remove Pritchard Lis Pendens and District Court case with First State Bank Mobeetie; Emails with title company and Davor Rukavina on Flats and Turnbow contract conflicts with Clifford Oldham; Telephone call with title company/Chalone and Lynne Tate on Oldham contract status; Review and reply to email from Jeff Carruth on motion to sell; | 3.60 | 1,188.00 |
| 6/26/2020 | KR | Email from Court clerk, revise and refile motion to sell Mobeetie and Barn Place; Emails from Jeff Carruth on motions and liens; Telephone call with Lynn Tate on Oldham contract and email to same; | 1.30 | 429.00 |
| 7/13/2020 | KR | Telephone call and emails from Davor Rukavina on sale objections and issues from Leslie Pritchard; | 0.80 | 264.00 |
| 7/14/2020 | KR | Draft and revise five motions to sell real estate; | 5.20 | 1,716.00 |
| 7/15/2020 | KR | Review and reply to Davor Rukavina on objection to sale by Leslie Pritchard; Review sale motions filed today; | 0.80 | 264.00 |
| 7/16/2020 | KR | Review and reply to multiple emails from D'Layne Carter on sale motions; Telephone all from Jeremi Young on ownership division of final FLP funds; review sale objection by Leslie Pritchard to Barn/Mobeetie place; Email to Lewis Whitaker on same and prepare him for hearing; Review and reply to Court on notice of hearing for the Pritchard objection; | 2.80 | 924.00 |
| 7/17/2020 | KR | Telephone call from Lewis Whitaker on hearing; Email to Court on emergency schedule; Emails with Davor Rukavina on hearing time; Email to Lewis on documents; Draft witness and exhibit list and outline response to Pritchard objection; | 2.40 | 792.00 |
| 7/20/2020 | KR | Emails with Court on emergency hearing and Court; Meeting with Lewis Whitaker on hearing; Draft witness and exhibit list and notice of hearing; | 1.20 | 396.00 |
| 7/21/2020 | KR | Email from Chalone on Leslie Pritchard objection and hearing; Telephone call with same; Emails and documents from Lewis Whitaker on hearing; Outline issues for status conference and hearing; | 3.10 | 1,023.00 |
| 7/22/2020 | KR | Review exhibits on marketing/websites; Prepare for and attend status conference on Pritchard sale objection; Telephone call from Chalone and Jim Shelton on sale objection and evidence; Telephone call from Lewis Whitaker on hearing; | 3.80 | 1,254.00 |
| 7/23/2020 | KR | Meeting with Lewis Whitker on exhibits and testimony for sale hearing; | 0.50 | 165.00 |
| 7/24/2020 | KR | Emails from Lewis Whitaker on hearing procedures and evidence; | 0.40 | 132.00 |
| 7/25/2020 | KR | Prepare documents and testimony for sale hearing; | 3.80 | 1,254.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/25/2020 | KR | Review prior correspondence from mediation and bids from auction company prices to compare to Lewis Whitaker listings; | 1.00 | 330.00 |
| 7/27/2020 | KR | Organize exhibits for trial and witness and exhibit list; Emails and telephone calls from Davor on withdrawal of sale objection; Emails with Court on exhibits and organize same for hearing; Review affidavits from Davor for buyers; Telephone call with Lewis on hearing issues; Email with Davor on settlement; Revise order for sale and send to Davor; | 4.00 | 1,320.00 |
| 7/28/2020 | KR | Emails with Davor Rukavina on agreed orders for Mobeetie and Barn tracts; | 0.70 | 231.00 |
| 7/29/2020 | KR | Emails from Davor Rukavina and Shelby at Court on sale orders, reply to both and hearing cancellation; Revise and email final orders to Davor; | 2.10 | 693.00 |
| 7/30/2020 | KR | Email from Davor Rukavima on sale orders; Revise and upload same; Email to Court on same and hearing; | 0.30 | 99.00 |
| 8/4/2020 | KR | Email with Davor on five motions/orders up tomorrow; | 0.20 | 66.00 |
| 8/6/2020 | KR | Draft and revise 5 orders on motions to sell, email to Davor Rukavina; | 1.00 | 330.00 |
| 8/7/2020 | KR | Revise Turnbow order and emails with Davor Rukavina on same; | 0.20 | 66.00 |
| 8/10/2020 | KR | Emails from Davor Rukavina and revise five sale orders; | 0.20 | 66.00 |
| 8/13/2020 | KR | Email from Davor Rukavina on Pitcock lease money and Deana Carter mortgage payments; Review orders on five tracts; Emails with Davor on bank bonds for real estate account; Email George Adams on same; | 1.20 | 396.00 |
| 8/20/2020 | KR | Email from Davor Rukavina on Pritchard lien assignments and on Weatherly payment in Pitcock claims; Email to Davor on bank bond; Order same from George Adams and emails on bond terms and beneficiary; Email from Davor on objection to Pitcock closing and respond to same; | 1.00 | 330.00 |
| 9/25/2020 | KR | Email to Davor Rukavina on status of seven closings to date; | 0.20 | 66.00 |
| 9/30/2020 | KR | Review and reply to Wheeler County Appraisal District letters; | 0.30 | 99.00 |
| 10/12/2020 | KR | Review Emmert contract and draft motion to sell same; | 1.60 | 528.00 |
| 10/15/2020 | KR | Work on motion to sell Emmert real estate; Revise and file same; | 1.00 | 330.00 |
| 10/19/2020 | KR | Revise sale order on Emmert and email to Davor Rukavina for approval (.3); | 0.30 | 99.00 |
| 11/5/2020 | KR | Review and upload order on Emmert sale; | 0.50 | 165.00 |
| 12/4/2020 | KR | Review original release of Leslie Pritchard from title company; Review multiple emails on Emmert sale and reply to same; Review closing documents; | 1.30 | 429.00 |
| 12/8/2020 | KR | Draft motion to sell Pit Place; | 0.90 | 297.00 |
| 12/10/2020 | KR | Revise motion to sell Flats gravel pit; | 0.70 | 231.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/11/2020 | KR | Review, revise and file motion to sell Pit Place; | 0.40 | 132.00 |
| 1/4/2021 | KR | Review objection to Pit Place sale; Email from Court and draft and file notice of hearing; | 0.40 | 132.00 |
| 1/6/2021 | KR | Review objection to sale and notices of hearing on same; | 0.60 | 198.00 |
| 1/8/2021 | KR | Telephone call with Davor Rukavina and Kevin Wiley on Pit Place sale motion and objection; | 0.40 | 132.00 |
| 1/11/2021 | KR | Draft Pit Place agreed order for Kevin Wiley; | 0.40 | 132.00 |
| 1/12/2021 | KR | Review order on Pit Place and email to counsel for review; | 0.30 | 99.00 |
| 1/13/2021 | KR | Review emails from Davor Rukavina and Kevin Wiley on Pit Place order; Revise and upload same; | 0.20 | 66.00 |
| 1/14/2021 | KR | Attend docket call on sale of Pit Place; | 0.40 | 132.00 |
| 1/26/2021 | KR | Review affidavit and deed for Pit Place closing; | 0.50 | 165.00 |
| 2/11/2022 | KR | Review fee statements and draft application for same; | 1.30 | 429.00 |
| 2/14/2022 | KR | Review and revise fee application and exhibits for bill on GFLP liquidation; File same; | 1.00 | 330.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | For professional services rendered | 68.90 | $22,737.00 |

**Expenses:**

| | | | Amount |
|---|---|---|---|
| 6/24/2020 | | Postage - Motion to sell Barn Place and motion to sell Mobeetie (38 x .55); | 20.90 |
| | | Postage - Motion to sell Barn Place and motion to sell Mobeetie (108 x .55); | 59.40 |
| | | KR Copies - Motion to sell Barn Place and motion to sell Mobeetie (216 x .20); | 43.20 |
| | | KR Copies - Motion to sell Barn Place and motion to sell Mobeetie (76 x .20); | 15.20 |
| 6/29/2020 | | Postage - Supplement to motion to sell Barn Place and supplement to motion to sell Mobeetie (108 x .70); | 75.60 |
| | | KR Copies - Supplement to motion to sell Barn Place and supplement to motion to sell Mobeetie (160 x .20); | 32.00 |
| | | KR Copies - Supplement to motion to sell Barn Place and supplement to motion to sell Mobeetie (610 x .20); | 122.00 |
| | | Postage - Supplement to motion to sell Barn Place and supplement to motion to sell Mobeetie (38 x .70); | 26.60 |
| 7/15/2020 | | Postage - Motions to sell Flats, North Place, Pitcock, Bradley and Turnbow (148 x 1.80); | 266.40 |

|  |  | Amount |
|---|---|---|
| 7/15/2020 | KR Copies - Motions to sale Flats, North Place, Pitcock, Bradley and Turnbow (5,180 x .20); | 1,036.00 |
| 10/15/2020 | Postage - Motion to Sell Emmert (42 x .70); | 29.40 |
|  | Postage - Motion to Sell Emmert (122 x .70); | 85.40 |
|  | KR Copies - Motion to sell Emmert (378 x .20); | 75.60 |
|  | KR Copies - Motion to sell Emmert (1098 x .20); | 219.60 |
| 12/11/2020 | Postage - Motion to sell Pit Place (42 x .70); | 29.40 |
|  | Postage - Motion to sell Pit Place (121 x .70); | 84.70 |
|  | KR Copies - Motion to sell Pit Place (294 x .20); | 58.80 |
|  | KR Copies - Motion to sell Pit Place (847 x .20); | 169.40 |

| **Total expenses** | **$2,449.60** |
|---|---|
| **Total amount of this bill** | **$25,186.60** |
| **Balance due** | **$25,186.60** |

This invoice reflects all payments received through 1/31/21