| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-2<br>Case 18-20210-rlj7<br>Northern District of Texas<br>Amarillo<br>Tue May 24 09:48:33 CDT 2022 | AEG Petroleum LLC<br>101 SE 11th St<br>Amarillo, TX 79101-3418 | Assiter & Associates, LLC<br>16650 Interstate 27<br>Canyon, TX 79015-6157 |
| Barber & Bartz<br>525 South Main Street, Suite 800<br>Tulsa, OK 74103-4511 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Floyd CAD<br>c/o Tara LeDay<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Galmor's/G&G Steam Service, Inc.<br>P.O. Box 349<br>Shamrock, TX 79079-0349 | Great Plains Bank<br>2017 W. Third<br>P O Box 488<br>Elk City, OK 73648-0488 | Happy State Bank<br>Burdett Morgan Williamson & Boykin, LLP<br>co  C. Jared Knight<br>701 S. Taylor, Suite 324<br>Amarillo, TX 79101-2417 |
| IPFS Corporation<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 | InterBank<br>Higier Allen & Lautin, P.C.<br>c/o Jason T. Rodriguez<br>2711 N. Haskell Ave.<br>Suite 2400<br>Dallas, TX 75204-2926 | Kirby-Smith Machinery, Inc.<br>c/o Hicks Law Group PLLC<br>325 N. St. Paul Street<br>Suite 4400<br>Dallas, TX 75201-3880 |
| Lovelady, Christy & Associates<br>801 S. Fillmore, Ste. 420<br>Amarillo, TX 79101-3520 | Oklahoma Tax Commission<br>PO Box 269056<br>Oklahoma City, OK 73126-9056 | Texas Workforce Commission<br>Jason Starks<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Wells Fargo Equipment Finance<br>Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX 79120-1656 | Wheeler County<br>c/o Perdue Brandon Fielder Collins & Mot<br>PO Box 9132<br>Amarillo, TX 79105-9132 | 205 East Fifth Street, Room 201D<br>Amarillo, TX 79101-1559 |
| A Rental Company<br>4901 E Main Street<br>Weatherford, OK 73096-9548 | AEG Petroleum LLC<br>P.O. Box 1003<br>Amarillo, TX 79105-1003 | AIRGAS USA LLC<br>110 West 7th St.<br>Suite 1400<br>Tulsa, OK 74119-1077 |
| AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348-5414 | Advanced Water Solutions<br>1509 S Van Buren St.<br>Enid, OK 73703-7857 | Air Gas<br>P.O. Box 676015<br>Dallas, TX 75267-6015 |
| Albert Brothers<br>115 6th St.<br>Elk CIty, OK 73644-5760 | Ally Financial<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Apex Remington, Inc.<br>13505 E 61st Street<br>Suite A<br>Broken Arrow, OK 74012-1295 | Bank Of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 |

| | | |
|---|---|---|
| Barber Dyson Ford<br>P.O. Box 743<br>Elk City, OK 73648-0743 | Beaver Express<br>P.O. Box 1168<br>Woodward, OK 73802-1168 | Beaver Express Services<br>PO Box 1168<br>Woodward, OK  73802-1168 |
| Beckham County Treasurer<br>P.O. Box 600<br>Sayre, OK 73662-0600 | Big Chief Plant Services<br>3520 Big Elk Drive<br>Elk City, OK 73644-4440 | CMI Drug Testing<br>6704 Guada Coma<br>Shertz, TX 78154-3247 |
| CMT Engineering Inc.<br>P.O. Box 1786<br>Dripping Springs, TX 78620-1786 | Camrock Quality<br>P.O. Box 2407<br>Elk City, OK 73648-2407 | Canyon Oilfield Services<br>11552 S Hwy 6<br>Elk City, OK 73644-9722 |
| Caterpillar Financial Services Corporation<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Centergas Fuels, Inc.<br>P.O. Box 2603<br>Pampa, TX 79066-2603 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Cintas Corporation<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Crossroads<br>1627 North Main St.<br>Shamrock, TX 79079-1600 | Culligan Water Conditioning<br>P.O. Box 1597<br>Pampa, TX 79066-1597 |
| Culver Electric LLC<br>P.O. Box 427<br>Elk City, OK 73648-0427 | DJ's Rental<br>911 South Main Street<br>Elk City, OK 73644-6707 | DNOW LP<br>7402 N. Eldridge Pkwy<br>Houston, TX 77041-1902 |
| David W. Bank, M.D.<br>P.O. Box 528<br>Elk City, OK 73648-0528 | Dennis J. Hefley<br>15400 County Road EE<br>Briscoe, TX 79011-3231 | Dickey Oilfield Sales Company<br>2211 Hwy 79 South<br>Wichita Falls, TX 76310-7962 |
| Distribution Now<br>P.O. Box 200822<br>Dallas, TX 75320-0822 | Dolese Bros. Co.<br>P.O. Box 960144<br>Oklahoma City, OK 73196-0144 | Double H Oil Tools, Inc.<br>P.O. Box 2473<br>Pampa, TX 79066-2473 |
| Doug Gray Ford, Inc.<br>P.O. Box 485<br>Sayre, OK 73662-0485 | Enterprise<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | Floyd County Appraisal District<br>P.O. Box 249<br>Floydada, TX 79235-0249 |
| GR Energy Services<br>2150 Town Square Place<br>Suite 410<br>Sugar Land, TX 77479-1465 | GR Lift LP<br>c/o Kent Altsuler<br>Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, Suite 1400<br>Houston, Texas 77046-2410 | Galmor FLP<br>6994 US HWY 83<br>Shamrock, TX 79079-4129 |

| | | |
|---|---|---|
| Great Plains Bank<br>c/o Mullin Hoard & Brown, LLP<br>P.O. Box 31656<br>Amarillo, TX  79120-1656 | Great Plains National Bank<br>2017 W. 3rd St.<br>Elk City, OK 73644-4305 | Great Plains Pest Control<br>P.O. Box 192<br>Lefors, TX 79054-0192 |
| H.J. Garrison Oil Company<br>P.O. Box 231<br>Shamrock, TX 79079-0231 | Happy State Bank & Trust Co.<br>Co. C. Jared Knight<br>701 S Taylor Suite 324<br>Amarillo, TX 79101-2417 | Harbison Fischer Manufacturing<br>P.O. Box 731403<br>Dallas, TX 75373-1403 |
| Harbison Fischer Manufacturing Company<br>901 N. Crowley Rd.<br>Crowley, TX 76036-3798 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE ST.<br>DALLAS, TX  75242<br>MC5027 DAL 75242-1100 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Innovative Technology<br>P.O. Box 726<br>Elk City, OK 73648-0726 | InterBank<br>c/o Higier Allen & Lautin, P.C.<br>Attn: Jason T. Rodriguez<br>The Tower at City Place<br>2711 N. Haskell Ave., Suite 2400<br>Dallas, Texas 75204-2926 |
| Interbank<br>P.O. Box 1049<br>Elk City, OK 73648-1049 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JWD Internation Marketing, Inc.<br>P.O. Box 1000<br>Skiatook, OK 74070-5000 |
| Janning Welding<br>918 N. Van Buren<br>Elk City, OK 73644-2916 | Jerome S. Sepkowitz<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | Jerome S. Sepkowitz<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahomna City, OK 73105-3321 |
| Jerome S. Sepkowitz, OBA #8081<br>Derryberry & Naifeh, LLP<br>4800 N. Lincoln Blvd.<br>Oklahoma City, OK 73105-3321 | John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | Jones Passodelis<br>Gulf Tower-Suite 3410<br>707 Grant Street<br>Pittsburgh, PA 15219-1931 |
| KJC Fire Safety Solutions<br>805 Shore Dr.<br>Elk City, OK 73644-2635 | Kubota Credit<br>P.O. Box 0559<br>Carol Stream, IL 60132-0559 | Lease Consultants Corporation<br>P.O. Box 71397<br>Des Moines, IA 50325-0397 |
| Leslie Pritchard<br>c/o YOUNG & NEWSOM, P.C.<br>Attn. Collin J. Wynne<br>1001 S. Harrison, Suite 200<br>Amarillo, Texas 79101-3434 | Lindley Equipment<br>P.O. Box 457<br>Cordell, OK 73632-0457 | M. B. McKee Company, Inc.<br>2205 Avenue #<br>Lubbock, TX 79404-1032 |
| M.B. McKee Co., Inc.<br>2205 Avenue E<br>Lubbock, Texas 79404-1032 | MPS Enterprise, Inc.<br>1205 S. Eastern Ave.<br>Elk City, OK 73644-3836 | Marshall Discount Auto<br>P.O. Box 451<br>Wheeler, TX 79096-0451 |

| | | |
|---|---|---|
| Martins Air Conditioning<br>2116 W. 20th St.<br>Elk City, OK 73644-9206 | McLemore Sand & Top Soil<br>11157 N. 1930 Road<br>Sayre, OK 73662-6040 | Mine Safety & Health Administration<br>P.O. Box 790390<br>St. Louis, MO 63179-0390 |
| NAPA Auto Parts<br>716 West 3rd St.<br>Elk City, OK 73644-5208 | NCW Insurance<br>P.O. Box 506<br>Amarillo, TX 79105-0506 | Navman Wireless<br>32996 Collection Center Dr.<br>Chicago, IL 60693-0001 |
| Nesmith Propane<br>3502 West 3rd Street<br>Elk City, OK 73644-4335 | Oklahoma Employment Security Commission<br>401 E Broadway St<br>Sand Springs, OK 74063-7965 | Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Tax Commision<br>P.O. Box 26930<br>Oklahoma City, OK 73126-0930 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102-8601 | P K & Company PLLC<br>P.O. Box 1728<br>Elk City, OK 73648-1728 |
| PNC Equipment Finance, LLC<br>J. Eric Atherholt/Flamm Walton Heimbach<br>794 Penllyn Pike, Suite 100<br>Blue Bell, PA 19422-1669 | PNC Equipment Financial, LLC<br>/ ECN Financial, LLC<br>J. Eric Atherholt<br>794 Penllyn Pike, Suite 100<br>Blue Bell, PA 19422-1669 | PaveTex Engineering, LLC, dba PaveTex<br>12804 County Road 2500<br>Lubbock, TX 79404-8329 |
| Powerscreen Texas, Inc.<br>5680 W. State Swy 71,<br>Box 658<br>La Grange, TX 78945-0658 | Powerscreen Texas, Inc.<br>P.O. Box 658<br>La Grange, TX 78945-0658 | Quality Heating & Cooling<br>311 S Nebraska<br>Shamrock, TX 79079-2741 |
| Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | Ryan Construction<br>9500 County Road 270<br>Zephyr, TX 76890-3312 | Safety-Kleen Systems, Inc.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 |
| Silver Arc Welding<br>P.O. Box 3366<br>Enid, OK 73702-3366 | Skinner Bros. Company<br>P.O. Box 21228<br>Dept 9<br>Tulsa, OK 74121-1228 | Steve's Diesel & Truck Service<br>P.O. Box 166<br>Elk City, OK 73648-0166 |
| T&W Tire<br>P.O. Box 258859<br>Oklahoma City, OK 73125-8859 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN, TX 78778-0001 | Teddy's Glass<br>515 N Van Buren<br>Elk City, OK 73644-4260 |
| Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Jason Starks, Asst. Attorney Gen.<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Thru Tubing Solutions<br>8032 Main St<br>Houma, LA 70360-4428 |

| | | |
|---|---|---|
| Treasurer of Beckham County, Oklahoma<br>P.O. Box 276<br>Cheyenne, OK 73628-0276 | Triple D Services<br>203 N Houston<br>Shamrock, TX 79079-2319 | Troy Jones Equipment<br>1203 S Main St<br>Elk City, OK 73644-6911 |
| U.S. Attorney General<br>U.S. Department of Justice<br>10th & Pennsylvania Ave<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>1205 Texas Ave.  Room 700<br>Lubbock, TX 79401-4029 | US Trustee<br>1100 Commerce St<br>Room 976<br>Dallas, TX 75242-0996 |
| Unifirst Corp.<br>4210 S.E. 22nd Street<br>Amarillo, TX 79103-6204 | United Healthcare<br>P.O. Box 94017<br>Palatine, IL 60094-4017 | United Life Insurance Co.<br>P.O. Box 142153<br>Overland Park, KS 66225-5326 |
| United Rentals<br>Attn: Mike Dowden<br>6125 Lakeview Road #300<br>Charlotte, NC 28269-2616 | United Rentals<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| UnitedHealthcare Insurance Company<br>ATTN: CDM - Bankruptcy<br>185 Asylum Street<br>03B<br>Hartford, CT 06103-3408 | WB Supply<br>P.O. Box 206620<br>Dallas, TX 75320-6620 | Warren CAT<br>P.O. Box 842116<br>Dallas, TX 75284-2116 |
| Weldon Parts<br>1100 S. Main St.<br>Elk City, OK 73644-6916 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Business Line<br>P.O. Box 51174<br>Los Angeles, CA 90051-5474 |
| Wells Fargo Equipment Finance<br>NW 8178<br>P.O. Box 1450<br>Minneapolis, MN 55485-5934 | Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison Blvd., SW<br>Cedar Rapids, IA 52404-8247 | Western Equipment<br>404 Frisco Avenue<br>Clinton, OK 73601-3440 |
| Wheeler County<br>c/o Perdue Brandon Fielder<br>Collins & Mott LLP<br>PO Box 9132<br>Amarillo, Texas 79105-9132 | Xerox Corporation<br>P.O. Box 650361<br>Dallas, TX 75265-0361 | Yow Automotive<br>221 S. Jefferson<br>Elk City, OK 73644-5737 |
| Zee Medical<br>13 NW 132nd Street<br>Oklahoma City, OK 73114-2318 | Jerry D. McLaughlin<br>P.O. Box 9375<br>Amarillo, TX 79105-9375 | Kent David Ries<br>2700 S. Western Street<br>Suite 300<br>Amarillo, TX 79109-1536 |
| Patrick Alan Swindell<br>Swindell Law Firm<br>1619 S. Kentucky St., Ste. B202<br>Amarillo, TX 79102-2276 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
P.O. Box 94014
Palatine, IL 60094-4014

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

IRS
P.O. Box 802501
Cincinnati, OH 45280-2501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GR Energy Services

(u)PNC Equipment Financial, LLC

(u)Ryan Construction, Inc.

(u)United States Of America -Internal Revenue

(d)Beaver Express Services, LLC
PO Box 1168
Woodward, OK  73802-1168

(d)Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

(d)Enterprise
P.O. Box 800089
Kansas City,, MO 64180-0089

(d)Floyd CAD
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

(d)Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

(d)Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105-3321

(d)Kirby-Smith Machinery, Inc.
c/o Hicks Law Group PLLC
325 N. St. Paul Street, Suite 4400
Dallas, TX 75201-3880

(d)Oklahoma Tax Commission
PO Box 269056
Oklahoma City, OK 73126-9056

(u)Kellye Fuchs

(u)Leslie Pritchard

End of Label Matrix
Mailable recipients   147
Bypassed recipients    14
Total                 161