

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 21, 2022

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § § | |

| | | |
|---|---|---|
| In re: | § § § | |
| THE LIQUIDATION OF THE GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, LLC, | § § § § | ADVERSARY NO. 19-2006 |

### ORDER APPROVING SETTLEMENT WITH DEENA AND JOHNNY CARTER

CAME ON FOR HEARING the *Motion of Leslie Pritchard, Liquidator, to Approve Settlement With Deena and Johnny Carter, and to Transfer Real Property to Same Pursuant to Payoff of Lien* (the "Motion"), filed by Leslie Pritchard ("Pritchard"), the liquidator and manager of the Galmor Family Limited Partnership ("FLP") and its general partner, Galmor Management, LLC ("GM), pursuant to a prior judgment of liquidation entered by this Court. Having considered the Motion, finding that service and notice of the same was sufficient and appropriate, and finding that the relief requested in the Motion is lawful, and appropriate, and that it should be granted, it is hereby:

ORDER APPROVING SETTLEMENT WITH DEENA AND JOHNNY CARTER—Page 1

ORDERED that the Motion is GRANTED; it is further

ORDERED that the *Mutual Settlement and Release Agreement* attached to the Motion is APPROVED and that Pritchard is authorized to execute and deliver the same, whereupon said agreement shall control according to its terms; it is further

ORDERED that, provided all required consideration for the same is otherwise paid, Pritchard is authorized to execute and deliver the *Full Release of Residential Contract for Deed* and the *Special Warranty Deed*, both as attached to said settlement agreement, and that the same shall be fully binding on the FLP, and that all governmental entities and County Clerks are commanded to accept the same for recording for and in the name of the FLP; it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order.

### END OF ORDER ###